IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JESSIE R. THOMAS | : | CASE NO. 5-18-03265-RNO |
| TAHEESHA THOMAS | : | |
| fka TAHEESHA WASHINGTON | : | |
| Debtors | : | CHAPTER 13 |

## ORDER OF COURT
## PERMITTING FIRST APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the First Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $7,901.75 for fees and $729.44 for costs, less client payment of $2,064.00, for a net amount due of $6,567.19 for the time period of July 6, 2018 through February 3, 2019.

Debtors' counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorney's fees and costs which will not result in the plan being underfunded. As to the remaining Attorneys fees and costs approved by this order, if Debtors do not amend their Plan in the future to provide for payment of same through the Chapter 13 Trustee, Debtors' counsel will offer Debtors a reasonable payment plan for payment of same.

Dated: April 12, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)