# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Jessie R. Thomas,** | : | **Case No.  5:18-03265-MJC** |
| **Taheesha Thomas,** | : | |
| | : | |
| **Debtors.** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# O P I N I O N

Pending before the Court is the Amended Seventh Interim Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses ("Seventh Interim Application") that was filed on May 11, 2022, Dkt. # 149, by Debtors' Counsel, Mr. Gary J. Imblum, Esquire ("Counsel" or "Mr. Imblum").  Mr. Imblum seeks approval of $1,596.00 in compensation and reimbursement of expense of $77.76 for the period from April 30, 2021 through August 24, 2021.  Also before the Court for review are Counsel's six previous interim fee applications, which, combined with the Seventh Interim Application, total $26,501.19, in what the Court considers a "routine" Chapter 13 case in this District.

For the reasons stated below, the fee applications will be reduced and interim compensation in the amount of $13,337.25 and reimbursement of expenses of $1,596.79 will be approved.

## I.    JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and the March 11, 2016 Standing Order of Reference of the United States District Court for the Middle District of Pennsylvania.  This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (B), and (O).  Venue is proper pursuant to 28 U.S.C. §1409(a).

1

## II.    PROCEDURAL HISTORY

At the outset of this case, Mr. Imblum filed his Federal Rule of Bankruptcy Procedure 2016(b) Disclosure of Compensation on October 1, 2018. *See* Dkt. # 21. It reflected that Mr. Imblum received from Debtors a pre-petition retainer in the sum of $1,585.00 and that he would bill against the retainer at an hourly rate of $295.00, $235.00 for associate counsel, and $135.00 for paralegal time on a lodestar basis. Nothing in the record indicates if Counsel ever quoted an estimated total fee to Debtors.

Mr. Imblum filed his first Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses ("First Interim Application") on March 18, 2019, seeking $7,901.75 in attorney's fees and $729.44 in costs for the period July 6, 2018 through February 13, 2019. *See* Dkt. # 58.

Mr. Imblum filed six subsequent interim fee applications as follows:[1]

- March 4, 2020 - $2,560.00 of fees and $97.05 in costs for February 4, 2019 to September 25, 2019 ("Second Interim Application").[2] *See* Dkt. # 81.

- May 8, 2020 - $7,223.00 of fees and $235.35 in costs for September 26, 2019 to April 13, 2020 ("Third Interim Application"). *See* Dkt. # 105.

- September 28, 2020 - $1,454.50 of fees and $104.85 in costs for April 14, 2020 to September 9, 2020 ("Fourth Interim Application"). *See* Dkt. # 111.

- January 26, 2021 - $1,863.00 of fees and $75.05 in costs for September 10, 2020 to November 24, 2020 ("Fifth Interim Application"). *See* Dkt. #115.

---

[1] Mr. Imblum billed fees for preparation of each of these Applications of an average of $408.00 each. Additionally, Mr. Imblum billed costs of approximately $70.00 for each of these Applications.

[2] There was some overlap between the First and Second Interim Applications, which was corrected with the amended applications.

- June 11, 2021 - $2,165.50 of fees and $277.94 in costs for November 25, 2020 to April 29, 2021 ("Sixth Interim Application"). *See* Dkt. # 125.

- November 8, 2021 - $1,736.00 of fees and $77.76 in costs for April 30, 2021 to August 24, 2021 ("Seventh Interim Application"). *See* Dkt. # 131.

Each of these applications, exclusive of the Seventh Interim Application, were approved on an interim basis.[3] *See* Dkt. #s 59, 94, 108, 112, 118, & 126. In total, the seven applications seek a staggering $24,903.75 in compensation and $1,597.44 in expenses, and because the case hasn't been completed yet, the Court assumes Counsel will seek approval of additional applications.

Upon review of the Seventh Interim Application[4] and taking into account the six previous applications, the Court issued an Order to Mr. Imblum to show cause why his applications for compensation should be approved based upon, *inter alia*, the standards as set forth in *In re Busy Beaver Building Centers, Inc.*, 19 F.3d 833 (3d Cir. 1994). *See* Order, dated February 24, 2022, Dkt. # 140.

On April 21, 2022, the Court held a hearing on the applications, where Mr. Imblum appeared but Debtors did not. At the conclusion of the hearing, the matter was taken under advisement and Mr. Imblum indicated that he would submit amended applications based upon the

---

[3] This case was previously assigned to Judge Robert N. Opel, II, until his retirement, and then to Chief Bankruptcy Judge Henry W. Van Eck. This case was reassigned to the undersigned Judge upon appointment to the bench on July 30, 2021. *See* Dkt. # 127. It is worth noting that the Fee Applications taken separately may not appear excessive but when taken together and totaling over $25,000 on an interim basis, they are, for the reasons set forth below, clearly excessive in this routine case.

[4] The Court is also not aware of a "routine" consumer bankruptcy case in this District having seven interim fee applications and possibly more to come.

3

concerns addressed at the hearing. Accordingly, Mr. Imblum filed amended applications on May 11, 2022 (collectively "Amended Fee Applications"):

- First Amended - $7,278.25 of fees, a reduction of $623.50. *See* Dkt. # 143.

- Second Amended - $1,841.50 of fees, a reduction of $718.50. *See* Dkt. # 144.

- Third Amended - $6,599.00 of fees, a reduction of $624.00. *See* Dkt. # 145.

- Fourth Amended - $1,131.50 of fees, a reduction of $323.00. *See* Dkt. # 146.

- Fifth Amended - $1,763.50 of fees, a reduction of $99.50. *See* Dkt. # 147.

- Sixth Amended - $1,885.50 of fees, a reduction of $280.00. *See* Dkt. # 148.

- Seventh Amended - $1,596.00 of fees, a reduction of $140.00. *See* Dkt. # 149.

The amendments reduced the total requested compensation by $2,808.50. This brought the total requested compensation for Amended Fee Applications down to $22,095.25.

While the Amended Fee Applications were under advisement, Mr. Imblum withdrew the Amended Fee Applications (except for the Seventh Amended), without explanation. *See* Dkt. # 158 – 163. Not knowing the impetus for withdrawal of the amended applications and choosing not to speculate on whether Counsel was abandoning any further claim for fees, the Court set a status conference. *See* Dkt. # 164. At the status conference, Counsel indicated that he withdrew the amended fee applications because he had stopped receiving payments from the Chapter 13 Trustee under the plan due to the fee applications being under advisement by the Court.[5]

---

[5] The Chapter 13 Trustee's records indicate that to date, Debtors have paid into the estate a total of $77,470.66 and Mr. Imblum has been paid $19,954.28 from these funds.

Mr. Imblum subsequently refiled the Amended Fee Applications (First through Six) on March 24, 2023. *See* Dkt. # 166 – 171. The Amended Fee Applications are ripe for disposition.[6]

## III.    THE BANKRUPTCY CASE

Given the substantial interim fee requests of Counsel, it is beneficial to outline the facts and circumstances in this routine Chapter 13 case in order to determine whether there is any basis for the payment of these extraordinarily high fees.

Debtors Jessie and Taheesha Thomas initiated this bankruptcy case by filing a voluntary Chapter 13 petition on August 2, 2018. After two extensions of time, Debtors filed their schedules, statements, and other required documents, including their Chapter 13 plan, on October 1, 2018. *See* Dkt. #s 21 & 24.

According to Schedule A/B, Debtors own a single-family home in Allentown, Pennsylvania and four vehicles, all encumbered with secured debt. *See* Dkt. # 21. Debtors listed $441,011.94 in secured debt and $68,139.32 in unsecured debt with $20,315.00 being attributed to student loans. *See Id.* As per Schedules I and J, Debtors are wage earners, with one employed as a leasing agent and the other employed over the winter months performing snow removal. *Id.* Debtors also receive a monthly stipend for a disabled brother ($3,000) and contributions from various family members who reside with Debtors.[7] Schedule I reflects a combined monthly

---

[6] In a different Chapter 13 case where Mr. Imblum was counsel for the debtor, the Court reduced his fees by 30% finding that the excessive billing of almost $10,000 on an interim basis was for services that were either non-billable administrative tasks, should have been billed at non-attorney rates, and/or for excessive time billed for certain tasks. *See In re Grove*, No. 5:20-0698-MJC, Dkt. # 56.

[7] Counsel indicated that this is a household of nine. *See* April 21, 2022 Transcript at 8, Dkt. # 152. Schedule J indicates that Debtors' dependents are three minor children, two adult children and two siblings. Notably, the Schedules do not indicate any income information for the adult "dependents" other than the stipend and the voluntary contributions listed on Schedule J.

income in the amount of $11,183.13. After deducting expenses, Debtors report a monthly net income of $1,598.68. This net income would be the amount available to fund Debtors' Chapter 13 Plan.

According to Mr. Imblum, the bankruptcy case was filed because Debtors were several months behind on their mortgage and on two of their vehicle loans. *See* 4/21/22 Tr. at 8; Supplement to Seventh Fee Application at 1, Dkt. # 151. The case was intended to also address excessive interest rates on one or more of the vehicles and to cramdown the values in the plan. *Id.* Throughout the case, according to the testimony of Mr. Imblum, Debtors changed their minds on the treatment of the vehicles causing numerous amended plans to be filed. *See* 4/21/22 Tr. at 8. It appears as though almost every time the plan was amended, Counsel would file a request for compensation.

The initial Chapter 13 plan provided, *inter alia*, to cure mortgage arrears to Lakeview Loan Servicing, LLC ("Lakeview"), pay the debts in full through the plan for two vehicles, a 2013 Mercedes S550 and a 2008 Cadillac Escalade, and cramdown Debtors' other two vehicles, a 2012 Mercedes E350 and a 2011 Chevrolet Malibu. Debtors proposed to pay $1,600.00 per month over 55 months, for a total of $88,000.00, which included $6,000.00 in arrears on their home mortgage. *See* Dkt. # 24. Three creditors lodged objections to the initial Chapter 13 plan. *See* Dkt. #s 32, 42, & 43.

In response to the objections, Debtors filed an Amended Plan on January 4, 2019. After entering into a stipulation with Lakeview regarding its objection to the Amended Plan, the Court confirmed the Amended Plan on March 7, 2019 ("Confirmed Plan"). Dkt. # 57. Under the Confirmed Plan, Debtors were obligated to pay $1,650.00 per month to the Chapter 13 Trustee to

address, *inter alia*, arrears on Debtors' mortgage to Lakeview. The total base amount under the Confirmed Plan was $89,050.00.

Since confirmation of the Amended Plan, Counsel has filed six motions to modify the confirmed plan, which are briefly described below. *See* Dkt. #s 80, 97, 114, 119, 128, & 132.

By August 2019, Debtors were three months in arrears to the Chapter 13 Trustee in the amount of $4,950.00. *See* Dkt. # 60. Then, in November 2019, Lakeview filed a motion for relief from automatic stay asserting arrears of $8,746.85. *See* Dkt. # 68. The First Motion to Modify Confirmed Plan was filed on March 4, 2020 to cure the arrears to the Trustee and Lakeview, to surrender the 2011 Chevrolet Malibu to Ally Financial and 2012 Mercedes E350 to AmeriCredit/GM Financial, and to include attorney's fees and costs through September 25, 2019.[8] *See* Dkt. # 80.

The First Motion to Modify was mooted before the Court could consider it by Debtors' Second Motion to Modify which was filed on April 8, 2020. Dkt. # 97. The Second Motion to Modify was filed to correct typographical errors in the proposed Second Amended Plan. The Court granted the Second Motion to Modify. *See* Order, entered May 6, 2020; Dkt. # 104.[9]

Debtors filed their Third Motion to Modify on January 26, 2021. Dkt. #114. The purpose of this proposed modification was to extend plan payments for a full sixty months, surrender the 2008 Cadillac Escalade to OneMain Financial, and to include attorney's fees and costs through September 8, 2020. The Court granted the Third Motion on February 22, 2021. Dkt. # 118.

---

[8] Counsel filed his Second Interim Fee Application on the same day. Dkt. # 81.

[9] Counsel filed his Third Interim Fee Application two days later. Dkt. # 105. This included fees of $271.50 for preparation of Fee Application and costs of $64.35 to serve it.

Less than a month later on March 18, 2021, Debtors filed their Fourth Motion to Modify. Dkt. # 119. This modification sought to take advantage of the relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act as a result of the pandemic. According to the Fourth Motion, Debtors experienced significantly reduced income and proposed to extend the plan term to eighty-four months. The proposed plan also adjusted the amount paid to AmeriCredit/GM Financial and include attorney's fees and costs incurred through November 24, 2020. The Fourth Motion was granted on April 13, 2021. Dkt. # 121.

Debtors filed a Fifth Motion to Modify on September 3, 2021. Dkt. # 128. This motion was filed because Debtors reversed course on surrender of the 2008 Cadillac Escalade and sought to cramdown the value of the vehicle.[10] The Fifth Motion was granted without objection. Dkt. # 129. A couple of months later, in November 2021, Debtors sought to amend the plan for the sixth time. *See* Dkt. # 132.

The Sixth Motion to Modify included attorney's fees and costs incurred through August 24, 2021, eliminated the pre-petition arrears to Lakeview because a loan modification had been granted, and corrected the amount paid to AmeriCredit/GM Financial. The Sixth Motion was granted on January 5, 2022. Dkt. # 137. The base amount for the Seventh Amended Plan was $100,314.76.

It is significant to note that there have been no claims litigation or adversary proceedings filed in this case and from the docket it does not appear as though counsel ever appeared in Court for any hearing other than remotely through Courtcall or Zoom.

---

[10] Counsel indicated that two vehicles were totaled during the case and Debtors were undecided whether to purchase at least one of the vehicles from the salvage company and have it repaired. *See* 4/21/23 Tr. at 14-16; Exhibit at 3, 5-6, Dkt. # 141.

## IV.  LEGAL STANDARD

Under the Bankruptcy Code, compensation of professionals is governed by Section 330. In Chapter 13 cases, the Court may award "reasonable compensation" to debtor's counsel, taking into account "the nature, the extent, and the value of such services."  11 U.S.C. §330(a)(3).  Under §330(a)(3), the Court must consider:

> (A) the time spent on such services;

> (B) the rates charged for such services;

> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3)(A)-(F).

Also relevant in Chapter 13 cases is Section 330(a)(4)(B), which governs the circumstances where an attorney provides services that benefit the debtor, rather than the bankruptcy estate.  It provides:

> In a chapter 12 or chapter 13 case in which the debtor is an individual, the court may allow reasonable compensation to the debtor's attorney for representing the interests of the debtor in connection with the bankruptcy case based on a

9

consideration of the benefit and necessity of such services to the debtor and the other factors set forth in this section.

11 U.S.C. §330(a)(4)(B). Thus, in order for attorney services to be compensated from the bankruptcy estate, those services must: "1) be provided to an individual debtor; 2) be provided 'in connection with' a Chapter 12 or Chapter 13 case; 3) benefit the debtor; 4) be necessary to the debtor; and 5) otherwise be appropriate under the terms of § 330." *In re Pochron*, 2022 WL 1085459, at *4 (Bankr. S.D. Ohio 2022) (citing *In re Hunt*, 588 B.R. 496, 499 (Bankr. W.D. Mich. 2018)).

Generally, courts have construed the phrase "in connection with the bankruptcy case" broadly. *See Pochron*, 2022 WL 1085459, at *4 (collecting cases). Thus, Section 330(a)(4)(B) "may include services related to the precipitating cause of the bankruptcy, or services which are inextricably intertwined with the bankruptcy." *In re Keller Fin. Servs. of Fla., Inc.*, 248 B.R. 859, 879 (Bankr. M.D. Fla. 2000). However, the phrase "in connection with the bankruptcy case" is not so broad as to cover "every service rendered to a person who is a debtor." *In re Campbell*, 259 B.R. 615, 626 (Bankr. N.D. Ohio 2001).

For requests for compensation, the burden of proof rests on the applicant to establish that the fees earned are reasonable. *Zolfo, Cooper & Co. v. Sunbeam-Oster Co.*, 50 F.3d 253, 261 (3d Cir. 1995) (citing *In re Metro Transp. Co.*, 107 B.R. 50, 53 (E.D. Pa. 1989)); *Pochron*, 2022 WL 1085459, at *2; *In re Murray*, 2007 WL 2317523, at *2 (Bankr. E.D. Pa. 2007). "This burden is not to be taken lightly, especially given that every dollar expended on legal fees results in a dollar less that is available for distribution to the creditors or use by [the] debtor." *In re Pettibone Corp.*, 74 B.R. 293, 299 (Bankr. N.D. Ill. 1987) (citing *In re Hotel Associates, Inc.*, 15 B.R. 487, 488 (Bankr. E.D. Pa. 1981)). Even in the absence of objection, "the bankruptcy court has a *duty* to

review fee applications." *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 841 (3d Cir. 1994) (emphasis in original).

In determining a reasonable fee, the calculation most frequently used is the lodestar method, which, simply stated, multiples the number of expended hours by the hourly rate. *In re Smith*, 331 B.R. 622, 628 (Bankr. M.D. Pa. 2005) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983)). Under the lodestar, courts frequently assess whether the services were provided in a cost-efficient manner. *See In re Szymczak*, 246 B.R. 774, 782 (Bankr. D. N.J. 2000) ("Simply because an attorney spent time, does not mean it is compensable or that counsel used the most economical means of rendering the services.").

A bankruptcy court has "broad discretion" to determine reasonable attorneys' fees, as the "bankruptcy court is more familiar with the actual services performed and has a far better means of knowing what is just and reasonable than an appellate court can have." *In re ASARCO, L.L.C.*, 751 F.3d 291, 294 (5th Cir. 2014) (citing *In re Lawler*, 807 F.2d 1207, 1211 (5th Cir. 1987) (internal quotation marks and citation omitted)); *Smith*, 331 B.R. at 628.

Courts also look to ensure that an applicant has delegated tasks that do not require a senior attorney's expertise to less expensive attorneys or paralegals, *Szymczak*, 246 B.R. at 783, and that administrative tasks are billed at appropriate rates, *see Busy Beaver*, 19 F.3d at 855 ("[w]hen an experienced attorney does clerk's work, he or she should be paid clerk's wages") (quoting *In re Vogue*, 92 B.R. 717, 718 (Bankr. E.D. Mich. 1988)). Tasks such as "obtaining hearing dates, filing pleadings, copying, exhibit preparation, forwarding documents, preparing a certificate of service and ordering a transcript" are clerical in nature, can be accomplished by non-lawyers, and consequently, should be billed at paralegal or office staff rates. *In re Oakes*, 135 B.R. 511, 514 (Bankr. N.D. Ohio 1991). This type of review is necessary so that the costs of administration do

11

not consume assets that otherwise would be available to creditors. *See Badyrka*, 2022 WL 4656034, at *10 (Bankr. M.D. Pa. 2022) (citing *In re Fontaine*, 2015 WL 5162557, at *3 (Bankr. M.D. Pa. 2015)).

The bottom line is that attorneys are expected to exercise reasonable billing judgment. *See Busy Beaver*, 19 F.3d at 856; *Szymczak*, 246 B.R. at 783. This involves "writing off unproductive research time, duplicative services, redundant costs precipitated by overstaffing, or other expenses with regard to which the professional generally assumes the cost as overhead in corresponding non-bankruptcy matters." *Busy Beaver*, 19 F.3d at 856.

In reviewing fee applications, the court must "conduct an objective inquiry based upon what services a reasonable lawyer or legal firm would have performed in the same circumstances." *In re Fleming Companies, Inc.*, 304 B.R. 85, 89 (Bankr. D. Del. 2003) (quoting *In re Cenargo Int'l, PLC*, 294 B.R. 571, 595 (Bankr. S.D.N.Y. 2003)) (internal quotations omitted). A "judge's experience with fee petitions and his or her expert judgment pertaining to appropriate billing practices, founded on an understanding of the legal profession, will be the starting point for any analysis." *Id.* (citing *Busy Beaver*, 19 F.3d at 854). The Court should then consider any evidence submitted with the application or at a hearing. *Id.* When making its consideration, the court is not required to make a line-by-line analysis of the fee application, and a sampling will suffice. *In re Maruko Inc.*, 160 B.R. 633, 645 (Bankr. S.D. Cal. 1993). "Because its time is precious, the reviewing court need only correct reasonably discernible abuses, not pin down to the nearest dollar the precise fee to which the professional is ideally entitled." *Busy Beaver*, 19 F.3d at 845.

Additionally, a fee applicant's failure to exercise billing judgment will result in reduction of fees where, in the sound discretion of the bankruptcy court, such fees are unreasonable. *In re Maxine's, Inc.*, 304 B.R. 245, 249 (Bankr. D. Md. 2003). "The exercise of billing judgment is the

12

voluntary reduction of a fee by counsel to a private client for services that either conferred a negligible benefit or were excessive." *Id.* (citing *In re Leonard Jed Co.*, 103 B.R. 706, 713 (Bankr. D. Md. 1989)). "Such billing judgment is an absolute requirement of fee applications in bankruptcy." *Maxine's*, 304 B.R. at 249.

Judge France, in evaluating a fee application, stated "[a] bankruptcy court must balance adequately compensating attorneys in order to encourage competent counsel to represent bankruptcy debtors with insuring that the costs of administration do not consume assets that otherwise would be available to creditors. In making a fee determination, the court must take into consideration whether the professional exercised 'reasonable billing judgment.'" *Fontaine*, 2015 WL 5162557, at *3 (citation omitted). "The court's responsibility to protect the estate is especially important in chapter 13 cases where there is little motivation for a debtor, or creditors, to object to a particular fee allowance." *Id.* (quoting *Szymczak*, 246 B.R. at 778).

## V. DISCUSSION

"Disagreeable as the chore may be, the bankruptcy court must protect the estate, lest overreaching attorneys or other professionals drain it of wealth which by right should inure to the benefit of unsecured creditors." *Busy Beaver*, 19 F.3d at 844 (citing *Cohen & Thiros, P.C. v. Keen Enterprises, Inc.*, 44 B.R. 570, 573 (N.D. Ind. 1984)). This Court approves without comment or objection the vast majority of fee applications that come before it. However, where an application (or applications) appears to be so unreasonable, the Court is obligated to review the professional's charges.

Here, the primary reason why Counsel's fee applications were set for hearing was because, based upon the lack of any adversarial or novel legal work in this case appearing on the docket,

the aggregate fees are extraordinarily higher than standard charges for similar cases in this District and more than five times the amount of the presumptively reasonable fee ("PRF") of $4,500.00, *see* L.B.R. 2016-2(c), for Chapter 13 cases in this District (the PRF also allows a maximum amount of $500.00 for each post-confirmation plan modification).[11]  The Court acknowledges that the instant case is not one in which Counsel has chosen to utilize the presumptively reasonable fee method for billing and practitioners are under no obligation to employ the PRF.  However, as this Court has previously stated, it considers the PRF as a guide or "starting point" to what should be considered a reasonable fee in a routine Chapter 13 case in this District.  *See Badyrka*, 2022 WL 4656034, at *6 (citing *In re Schuman*, 2013 WL 1195279, at *6 (Bankr. N.D. N.Y. 2013) (describing presumptive fee as "pre-calculated lodestar" and utilizing it as a starting point for review of lodestar fee applications)).  It is Counsel's burden to support the "reasonableness" of billing over five (5) times the PRF in this case.

The fee applications were also set for hearing to determine the reasonableness of billing at an attorney's hourly rate for administrative tasks that are in nature routine, ministerial, secretarial or paralegal time.  As discussed below, Mr. Imblum's billing in this "routine" case appears to be grossly excessive compared to other practitioners in this District and, for the amount of fees charged, appears to have had little benefit to the Bankruptcy Estate, and the benefit to Debtors is questionable.[12]

---

[11]  The PRF is an alternative method of billing that recognizes that generally speaking, many services rendered in Chapter 13 cases are "standard," and therefore, streamlines the billing process by forgoing formal fee applications and hearings.

[12]  The Court notes that on October 5, 2023, Lakeview filed a certificate of default indicating that Debtors were two months in arrears on their mortgage payment.  Dkt. # 182.

14

## A. Hourly Rate/Delegation of Duties

At the outset, the Court states that it has no issue with Mr. Imblum's competence in Chapter 13 cases, as it finds that he satisfactorily and adequately represents his clients in bankruptcy cases. Furthermore, the Court believes his hourly rate of $295 appropriately reflects Mr. Imblum's experience and skill as an attorney[13] and is reasonable for consumer bankruptcy practitioners in this District. Mr. Imblum employs three paralegals, all of whom have in excess of 18 years of experience. *See* 4/21/22 Tr. at 29-30; Supplement at 1-2. The billing rate of $135 per hour is also reasonable for paralegals in this District. Based upon these facts, Mr. Imblum and his office staff should be able to represent debtor clients in an efficient and effective manner.

Notwithstanding and as stated above, the Third Circuit has instructed that as part of assessing the reasonableness of compensation, the Court must consider whether a particular task has been assigned to the appropriate professional or paraprofessional. *See Busy Beaver*, 19 F.3d at 855 ("Section 330(a) is not coy about this matter, but states expressly that how much compensation is reasonable depends on the nature and value of the services, as measured by the cost of comparable services."); *accord In re Jefsaba, Inc.*, 172 B.R. 786, 796-97 (Bankr. E.D. Pa. 1994) ("The nature, extent and complexity of the task at hand determines the level of professional or paraprofessional who should perform the task, and, consequently, the reasonableness of the fees charged for the services.").

At the April 21st hearing, the Court addressed this issue with Counsel, as well as whether certain time entries might be considered non-billable administrative tasks. *See* 4/21/22 Tr. at 20-21. Counsel revised the Fee Applications in an effort to address these concerns and resubmitted

---

[13] Mr. Imblum has been practicing for 36 years. 4/21/22 Tr. at 29.

them.  The Court finds that the amendments have not adequately addressed certain time entries which the Court has determined to be not reasonable.

In reviewing the time detail, it is exceedingly apparent that there are numerous time entries where Mr. Imblum or his associate is billing at his full attorney rate but the particular task could very well be handled by a paralegal.  Below are a few examples:

| 12/11/18 | Call from Lakeview counsel Re: Will not oppose continuance | GJI | .2 | $295.00 | $59.00 |
| 12/11/18 | Email to counsel for GM inquiring whether he would agree to continue confirmation hearing in light of unresolved objection. | JT | .2 | $235.00 | $47.00 |
| 12/18/18 | Review of file Re: Settlement offer made to GM/AmeriCredit; Email to counsel Re: Please respond to offer. | GJI | .2 | $295.00 | $59.00 |
| 12/18/18 | Review of Email from counsel for GM - accepting settlement offer. | GJI | .2 | $295.00 | $59.00 |
| 2/11/19 | Review of Email from Trustee Re: Will recommend for confirmation on 2/20/19 if no objections filed. | GJI | .1 | $295.00 | $29.50 |

What should be clear from these examples is that items such as communications between counsel regarding continuances do not require the skill or training of a lawyer and should not be billed at a full attorney rate.  A paralegal is perfectly capable of discussing a continuance or receiving information that the Trustee will recommend a plan for confirmation and should be billed accordingly.  *See In re Wilson*, 2022 WL 24058, at *28 (Bankr. E.D.N.Y. 2022) ("where a senior lawyer seeks to be compensated as such for tasks that could well have been performed by a junior lawyer or a paraprofessional, then an appropriate adjustment may need to be made").  Counsel

should be mindful that if a task requires analysis or action by an attorney, only then should it be billed at full attorney rates.[14]

Even though it is not required to conduct a line-by-line analysis, this Court has done so. *See* Appendix. As indicated on the Appendix, the Court has made determinations, based upon its experience not only as a Judge in this District reviewing other attorney fee applications, but also based upon being a former Chapter 7 Trustee and practicing in this District for thirty (30) years. *See Busy Beaver*, 19 F.3d at 854 ("…a bankruptcy judge's experience with fee petitions and his or her expert judgment pertaining to appropriate billing practices, founded on an understanding of the legal profession, will be the *starting point* for any analysis." (emphasis in original)). The Court has identified those time entries that have been reduced to a reflect an appropriate paralegal rate. These times entries are denoted with a "P".

## B. Excessive Time Billed to Tasks

Although Chapter 13 cases can be complex and require a competent attorney's expertise, Chapter 13 cases are almost exclusively filed using standardized forms that are a part of a bankruptcy software program. These forms include the petition, schedules, statement of financial affairs and means test. The Chapter 13 Plan is a five (5) page standardized "Model Plan" approved to be used in this District. The financial calculations required in a Chapter 13 case such as the means test (Forms 122C-1 and 2) and the Chapter 13 plan are largely done automatically through the software program. After the filing of the case, a skilled paralegal utilizing the bankruptcy

---

[14] Of course, this is subject to the types of exceptions *Busy Beaver* identified. 19 F.3d at 855 ("time pressures not brought on by a lack of diligence, the excusable non-availability of a less experienced employee, or an inability to delegate the task efficiently, perhaps because the learning curve renders effective delegation infeasible").

17

software program should be able to handle most of the tasks involved in making adjustments to the plan with minimum input from counsel and minimum time required.

Despite this, Counsel's Applications requested almost $25,000 (prior to amendment) and covers only the period up to August 24, 2021. It is difficult for this Court to comprehend how these unreasonably large fees can be incurred in a routine case, much less how these struggling Debtors, if they were paying these fees directly, could afford them.[15] Debtors' plan has blossomed from $88,000 (Dkt. # 24) to $100,314.76 (Dkt. # 132).[16]

This case was filed as an emergency petition so there is relatively little time billed in the pre-petition period. The case was confirmed just over seven months after the Petition Date. During that timeframe, Counsel billed just under $8,000. This means that in the post-confirmation period – which covers March 2019 to August 2021, Counsel racked up an eye-watering $16,900. This is for a nearly two and a half year period where most Chapter 13 cases are on "autopilot" and do not require much effort on the part of Counsel. However, it is only upon closer review of the time detail that it becomes apparent that Counsel and his paralegal staff severely and consistently overworked this case. Mr. Imblum's billing practices are reminiscent of the Court's observations in *Szymczak*, 246 B.R. at 783:

> In reviewing Applicant's time records, it appears the Debtors were billed every time Applicant picked up the telephone, uttered the Debtors' name, or looked at the Debtors' case; even where nothing meaningful occurred. More importantly, time

---

[15] As stated in *Busy Beaver*, in most cases and particularly in a Chapter 13 such as this case, (i) the debtor has no real incentive to object to his or her counsel's fees since he or she is obligated to pay a fixed monthly payment based upon a determination of his or her disposable income; and (ii) creditors have no incentive since the cost-benefit of contesting the fees would not warrant a small pro-rata increase in plan distribution amount, *Busy Beaver*, 19 F.3d at 843.

[16] The last plan would have been about $17,000 more but Debtors were successful in obtaining a loan modification. *See* Dkt. # 139.

was billed at full attorney rates where the work could, and should have been performed by a secretary or a paralegal. This court is highly skeptical of this practice, and especially discourages it in chapter 13 cases.

It's clear from the time records that Mr. Imblum exercised little billing judgment. Furthermore, it's evident that Mr. Imblum and his staff were heavy handed in billing on most matters. For example:

| 3/1/21 | Review of memo from Paralegal Re: Reduced hours and change of jobs due pandemic; Review of Docket; Review of Trustee's Case Report; Review of file; Draft of Amended Plan; Draft of Motion to Modify Plan; Call to client Re: Tiering Plan; Letter to client; Follow up memo to calendar. | GJI | .8 | $295.00 | $236.00 |
|---|---|---|---|---|---|
| 3/1/21 | Telephone call with client Re: Wage attachment and extending Plan term; Email to client with employer information form to complete and return with paystub; Memo to Attorney Re: Client want to extend Plan term. | BW | .4 | $135.00 | $54.00 |
| 3/18/21 | Plan letter of instruction to clients Re: Terms of 5th Amended Plan. | BW | .2 | $135.00 | $27.00 |
| 4/9/21 | Review of fax from Trustee Re: Taheesha no longer employer at TriNet; Email to client Re: Please provide information as to your new employer and pay Trustee directly until wage attachment resumes with new employer; Follow up memo to calendar. | GJI | .3 | $295.00 | $88.50 |
| 4/13/21 | Review of e-mail from client – will apply to finance another vehicle and advise when no position letter is needed; Review of e-mail from client requesting contact information for OneMain to surrender Cadillac; Review of file; Responsive e-mail to client with telephone number for OneMain Financial | BW | .3 | $135.00 | $40.50 |

19

With regard to these types of time entries, it very difficult to understand for instance, how a paralegal with over 20 years experience requires 12 minutes to draft a simple letter to the client enclosing something for review – especially when it is very likely that staff is utilizing a form letter that has already been addressed to those clients and requires little modification. The Amended Fee Applications have many ".2" entries for very simple tasks that should take only a few minutes at most and therefore, the Court has reduced those time entries. *See In re Trinh*, 2022 WL 898758, at *4 (Bankr. C.D. Cal. 2022) ("[E]ven where evidence supports [that] a particular number of hours [were] worked, the court may give credit for fewer hours if the time claimed is 'excessive, redundant, or otherwise unnecessary.'" (citing *Wechsler v. Macke International Trade, Inc. (In re Macke International Trade, Inc.)*, 370 B.R. 236, 254 (BAP 9th Cir. 2007))).

Furthermore, the Court questions the unusual need for six modifications to a plan in a two year period. The Court acknowledges that according to Mr. Imblum, Debtors were indecisive regarding their four vehicles (2 of which had no equity above loan balances),[17] however, it's questionable whether Counsel should have indulged Debtors in pursuing what appears to have resulted in minimal benefit. It appears that Counsel and his staff expended approximately $1,500 in time[18] on discussing with his clients, drafting, and confirming the amended plans in this case. This equates to *5 hours* at Mr. Imblum's hourly rate.[19] Yet, comparing the changes between the

---

[17] Although not before the Court, it is not clear why Debtors, while experiencing financial difficulties, would incur thousands of dollars of legal fees trying to maintain 2 Mercedes Benz automobiles and a Cadillac Escalade with minimal equity, if any.

[18] This amount has already been reduced due to excessive time spent on particular matters and is not indicative of the actual amount expended.

[19] Taking into account that plans are on pre-printed forms that are computer calculated as a part of the attorney's software, in a PRF case, the Local Rules provide that an attorney may receive additional compensation in the maximum amount of $500 for each post-confirmation plan confirmation that is approved.

20

Fifth and Sixth Amended Plans shows that it's merely a matter of recalculating the base amount, and changing two lines of the model plan, which for a seasoned attorney and/or paralegal should take minutes and not hours. Another questionable expenditure of time relates to the Third and Fourth Amended Plans and how close in proximity they were proposed (less than two months apart).

On the Appendix, the Court has identified and designated the time entries with an "E" for excessive time spent.

## C. Non-billable/ Administrative Tasks[20]

The last category of time entries involves non-billable tasks and requires no extended discussion. These entries include such items as E-filing documents with the Court, reviewing such items as an order transferring the case or granting a motion to modify, or reviewing an email confirming a continuance.

Filing documents with the Court is an administrative task that is part of overhead and should not billed to the client. The other types of tasks in this general category involve no more than a quick review to confirm that there is nothing unusual or unexpected in the order or email. These matters are certainly required to be performed but do not justify billing to the client a ".1" - that is 6 minutes when in reality these tasks require only seconds.

The above items have been identified and designated as "N" on the Appendix and the Court has disallowed these time entries.

---

[20] The Court also identified a few time entries that appeared to be duplicative and were disallowed. *See* Appendix entries marked with a "D." A few time entries were also disallowed as vague. *See* Appendix entries marked with a "V."

## VI. CONCLUSION

For the reasons set forth above, the Court concludes that a reduction of fees is warranted. The Court concludes that the Applicant is entitled to a total fee allowance for the Amended Fee Applications in the amount of $13,337.25 plus reimbursement of expenses of $1,596.79.[21]

An appropriate order will be entered.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 18, 2023

---

[21] The Court notes that the expenses of $1,596.79 are more than $1,000 higher than the usual consumer Chapter 13 case. This is primarily due to the costs of service of the multiple fee applications and modified plans. Given the deduction in fees set forth herein, the Court has not reduced these expenses.

# APPENDIX

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1 Jul 6/2018 1521776 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met 2nd call from client Re: House in Lebanon; Memo to file. | 2 | | 0.20 | 295.00 | 59.00 |
| 1 Jul 6/2018 1521777 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Phone message to client - both numbers. | 2 | **P** | **135.00** 0.10 | **13.50** 295.00 | 29.50 |
| 5 Jul 6/2018 1521810 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Obtain and review deed in lieu for 543 North 7th Street, Lebanon recorded on 06/19/18. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 Jul 6/2018 1521811 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Telephone call with client Re: filing in this district. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 Jul 10/2018 1521812 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Letter to client Re: initial interview. | 2 | | 0.20 | 135.00 | 27.00 |
| 1 Jul 25/2018 1521778 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Initial meeting with clients. | 2 | | 0.50 | 295.00 | 0.00 |
| 1 Jul 25/2018 1521779 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Memo to file Re: Prior bankruptcy, venue in Middle District, surrendered real estate, Allentown residence, inherited land, income, household size, 4 car loans and intention as to each, unfiled local tax returns, bank accounts, etc. | 2 | **E** | **0.20** 0.50 | **59.00** 295.00 | 147.50 |
| 5 Jul 25/2018 1521813 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Draft Consultation Agreement and prepare file for meeting. | 2 | **N** | **0.00** 0.20 | **0.00** 135.00 | 27.00 |
| 5 Jul 25/2018 1521814 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Initial interview of clients with Paralegal Re: gathering of information for attorney's review. | 2 | | 1.40 | 135.00 | 189.00 |
| 5 Jul 26/2018 1521815 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Paralegal's draft of Petition, Schedules, Means Test, Statement of Financial Affairs with limited information received at consultation and complete due diligence searches. | 2 | | 0.80 | 135.00 | 108.00 |
| 1 Jul 26/2018 1521816 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Draft of contract for services. | 2 | **N** | **0.00** 0.20 | **0.00** 295.00 | 59.00 |
| 5 Jul 26/2018 1521818 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Draft of Rights and Responsibilities form. | 2 | **N** | **0.00** 0.10 | **0.00** 135.00 | 13.50 |
| 5 Jul 26/2018 1522062 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Draft of retention letter. | 2 | **N** | **0.00** 0.20 | **0.00** 135.00 | 27.00 |
| 5 Jul 30/2018 1521820 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Draft of request for tax transcripts for Jessie and Taheesha for 2014, 2015, 2016 and 2017. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 Jul 30/2018 1521821 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Order credit report and retrieve creditors from CIN. | 2 | **E** | **0.10** 0.30 | **13.50** 135.00 | 40.50 |
| 5 Jul 30/2018 1521822 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Order and register clients for Credit Counseling and Debtor Education courses. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 Jul 30/2018 1521827 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Telephone call with Taheesha scheduling signing appointment. | 2 | **N** | **0.00** 0.20 | **0.00** 135.00 | 27.00 |
| 5 Jul 30/2018 1522045 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L  -  met Review of voicemail from Taheesha; Telephone call from client Re: Information needed to prepare petition, additional household income for Jessie's brother, discussed scheduling signing - she will call back with availability. | 2 | **E** | **0.20** 0.30 | **27.00** 135.00 | 40.50 |
| 5 Jul 31/2018 1522050 | PARALEGAL RATE 7180119 | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H | | | | | |

| Lwyr / Date / Entry # | Lawyer / Matter / Task | Client / Matter Description / Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | BW | Telephone call from Taheesha - rescheduled appointment until tomorrow. | | N | 0.20 | 135.00 | 27.00 |
| 1 / Jul 31/2018 / 1522110 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review and revision of emergency Petition and related papers. | 2 | | 0.20 | 295.00 | 59.00 |
| 5 / Aug 1/2018 / 1522158 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Telephone call from Taheesha - wants to go over expenses; Discussed going over same at next appointment. | 2 | E | **0.10** / 0.20 | 135.00 | **13.50** / 27.00 |
| 1 / Aug 1/2018 / 1522375 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Meeting with client Re: Signing emergency Petition, recent card usage, need to close bank accounts, need to file local tax returns, value of lot, market analysis for residence, which vehicles to keep or surrender; Memo to file. | 2 | | 0.50 | 295.00 | 147.50 |
| 5 / Aug 1/2018 / 1522461 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Meeting with clients Re: Signing Emergency Petition, Retention letter, Contract for Services and Rights and Responsibilities Agreement. Discussed credit reports and credit counseling requirement - to be completed tonight. | 2 | | 1.70 | 135.00 | 229.50 |
| 5 / Aug 2/2018 / 1522309 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of credit counseling certificates. Revisions to Petition for filing. | 2 | E | **0.10** / 0.20 | 135.00 | **13.50** / 27.00 |
| 5 / Aug 2/2018 / 1522314 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Paralegal's emergency filing of Petition; Draft of Automatic Stay letters; Faxing of Automatic Stay Letters. | 2 | | 0.60 | 135.00 | 81.00 |
| 1 / Aug 2/2018 / 1522398 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of Email from client; Call to client Re: Still wants to go through with bankruptcy. | 2 | | 0.30 | 295.00 | 88.50 |
| 1 / Aug 2/2018 / 1522412 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review and signing of emergency Petition. | 2 | | 0.10 | 295.00 | 29.50 |
| 5 / Aug 2/2018 / 1523612 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Telephone call to client Re: Status of credit counseling - she will complete telephone call shortly and provided interest rates for auto loans. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 / Aug 3/2018 / 1522347 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of file; E-mail to Clerk to request case be transferred to Harrisburg from Wilkes Barre. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 / Aug 3/2018 / 1526086 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Draft of E-mail to clients Re: Information needed to complete Schedules, Mean Test, Statement of Financial Affairs and Plan. | 2 | | 0.20 | 135.00 | 27.00 |
| 1 / Aug 3/2018 / 1549025 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of Notice of Incomplete filing. | 2 | P | **135.00** / 0.10 | 295.00 | **13.50** / 29.50 |
| 5 / Aug 6/2018 / 1522527 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Draft of Pre Discharge counseling letter. | 2 | N | **0.00** / 0.20 | 135.00 | **0.00** / 27.00 |
| 5 / Aug 6/2018 / 1522528 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Draft of letter to clients to resume secured debt payments. | 2 | | 0.20 | 135.00 | 27.00 |
| 1 / Aug 6/2018 / 1523364 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of Notice of Missing Documents. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 1 / Aug 6/2018 / 1523371 | GARY J. IMBLUM / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of PRA Request for Notices. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 5 / Aug 7/2018 / 1523613 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. Review of multiple E-mails with bank statements for Chase; Download and printing of same for review. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 / Aug 7/2018 / 1526477 | PARALEGAL RATE / 7180119 / BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met. (text obscured by footer) … E-mails received with Ch… | 2 | | | | 27.00 |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | client Re: Same. | | | | | |
| 5<br>Aug 8/2018<br>1523474<br>No Hold | PARALEGAL RATE<br>7180119<br><br> | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Notice of Creditors Meeting; Drafted letter to clients. | 2 | N | **0.00**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1<br>Aug 8/2018<br>1524112<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Cap One Request for Notices. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 5<br>Aug 8/2018<br>1526132<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mails from client with bank statements and some information requested. Review of bank statements, obtain values (Kelley Blue Book and NADA) for vehicles to determine if they qualify for a cramdown. Responsive E-mail to client Re: What information is still outstanding. | 2 | | 1.10 | 135.00 | 148.50 |
| 5<br>Aug 9/2018<br>1526147<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from client with screen shot of gross/net pay information; Responsive E-mail to client to provide actual pay-stubs showing all deductions. | 2 | E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Aug 9/2018<br>1526148<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of e-mail from client Re: Why did brother in law received notice of filing; Review of file; Responsive E-mail to client explaining brother in law is joint debtor. | 2 | E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Aug 9/2018<br>1526149<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from client - she will remit pay-stubs today. | 2 | N | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 5<br>Aug 9/2018<br>1526150<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of voicemail and E-mail from client about Notice brother in law received - Social Security Numbers were displayed; Responsive E-mail to client advising Notices are mailed with Social Security Numbers but redacted in Court system. | 2 | | 0.20 | 135.00 | 27.00 |
| 5<br>Aug 9/2018<br>1526151<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from Taheesha - does she have to provide commission income as well; Responsive E-mail to client - need proof of all income regardless of source. | 2 | E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Aug 9/2018<br>1526152<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from Taheesha asking if brother in law will receive additional information from Court as he is sharing information with others - had she known she would not have listed debt; Responsive E-mail to client - required to list all debts, list of things he will receive as a creditor and interest. | 2 | E | **0.10**<br>0.30 | 135.00 | **13.50**<br>40.50 |
| 5<br>Aug 9/2018<br>1526159<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of multiple E-mails from client with Taheesha's pay information; Downloading and print of same for review. | 2 | N | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 5<br>Aug 13/2018<br>1524218<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Updates to Schedules and Means Test; E-mail to client with updated list of information needed. | 2 | E | **0.30**<br>0.70 | 135.00 | **40.50**<br>94.50 |
| 5<br>Aug 13/2018<br>1524219<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of letter from LoanCare with loss mitigation application; Drafted letter to clients. | 2 | E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1<br>Aug 13/2018<br>1524524<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Notice of Appearance of Lakeview. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 5<br>Aug 13/2018<br>1526296<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from client with Jessie's pay information; Downloading and print of same for review. | 2 | N | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 5<br>Aug 14/2018<br>1524942<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from client - she has filed Jessie's 2 most recent local tax returns but can not file hers because she has to pay; Responsive E-mail to client to file returns but don't pay. | 2 | | 0.20 | 135.00 | 27.00 |
| 5<br>Aug 15/2018<br>1524943 | PARALEGAL RATE<br>7180119 | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) | | | | | |

| Lwyr / Lawyer Date Entry # Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| No Hold   BW | Review of E-mail from client with supplemental form for market analysis; Revision to Schedules. | | | 0.20 | 135.00 | 27.00 |
| 1   GARY J. IMBLUM<br>Aug 15/2018   7180119<br>1525038<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file; Draft of Motion to Extend Time to file Schedules and Plan. | 2 | P/E | 0.10<br>0.30 | 295.00 | 13.50<br>88.50 |
| 1   GARY J. IMBLUM<br>Aug 15/2018   7180119<br>1525056<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of letter from Loancare Re: Payment returned unpaid. | 2 | P | 135.00<br>0.10 | 295.00 | 13.50<br>29.50 |
| 5   PARALEGAL RATE<br>Aug 16/2018   7180119<br>1524590<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>E-filing of Motion to Extend Time to File documents. | 2 | N | 0.00<br>0.10 | 135.00 | 0.00<br>13.50 |
| 5   PARALEGAL RATE<br>Aug 17/2018   7180119<br>1524623<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of bank statements provided; Revisions to file; E-mail to client to follow up on information still needed and to schedule signing appointment. | 2 | E/N | 0.20<br>0.60 | 135.00 | 27.00<br>81.00 |
| 5   PARALEGAL RATE<br>Aug 20/2018   7180119<br>1524944<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of voicemail from client Re: Status of information needed and to schedule signing (will call back); Telephone message for Taheesha. | 2 | N | 0.00<br>0.20 | 135.00 | 0.00<br>27.00 |
| 1   GARY J. IMBLUM<br>Aug 20/2018   7180119<br>1525139<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review and revision of Schedules. | 2 | | 0.30 | 295.00 | 88.50 |
| 1   GARY J. IMBLUM<br>Aug 20/2018   7180119<br>1525140<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Draft of Plan; Calculation of cram down of 2 vehicles; Calculation of payment in full of 2 vehicles through Plan. | 2 | E | 0.30<br>0.50 | 295.00 | 88.50<br>147.50 |
| 1   GARY J. IMBLUM<br>Aug 21/2018   7180119<br>1525174<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review and revision of Schedules and Plan. | 2 | | 0.20 | 295.00 | 59.00 |
| 1   GARY J. IMBLUM<br>Aug 21/2018   7180119<br>1525187<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of AmeriCredit Request for Notices. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 5   PARALEGAL RATE<br>Aug 21/2018   7180119<br>1526387<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mails from client with explanation of deposits into Bank of America account and wanting to schedule signing; E-mail to client Re: Available appointment for tomorrow; E-mail from client confirming appointment. | 2 | E/N | 0.10<br>0.30 | 135.00 | 13.50<br>40.50 |
| 5   PARALEGAL RATE<br>Aug 22/2018   7180119<br>1524805<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Annual Escrow Account Disclosure Statement from Lakeview Loan Servicing; Drafted letter to clients. | 2 | | 0.20 | 135.00 | 27.00 |
| 5   PARALEGAL RATE<br>Aug 22/2018   7180119<br>1524815<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Paralegal's meeting with clients for signing of Schedules and revisions to Means Test removing household member. | 2 | | 1.90 | 135.00 | 256.50 |
| 1   GARY J. IMBLUM<br>Aug 22/2018   7180119<br>1525224<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Meeting with clients Re: Signing. | 2 | | 0.30 | 295.00 | 88.50 |
| 1   GARY J. IMBLUM<br>Aug 22/2018   7180119<br>1525225<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Memo to file Re: Household size, brother's car, niece's car, life insurance expense, her income, paying September mortgage payment through the Plan, surrender of land. | 2 | N | 0.00<br>0.30 | 295.00 | 0.00<br>88.50 |
| 5   PARALEGAL RATE<br>Aug 22/2018   7180119<br>1526398<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of E-mail from client with details for deposits into Chase account. | 2 | | 0.20 | 135.00 | 27.00 |
| 1   GARY J. IMBLUM<br>Aug 24/2018   7180119<br>1525414<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Order Extending Time to file Schedules and Plan; Memo to calendar. | 2 | N | 0.00<br>0.10 | 295.00 | 0.00<br>29.50 |
| 5   PARALEGAL RATE<br>Aug 28/2018   7180119<br>1525209<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of August Monthly Statement from Lakeview; Drafted letter to clients. (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 5   PARALEGAL RATE<br>Sep 7/2018   7180119<br>1526484<br>No Hold   BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Drescheduled signing; Memo to Taheesha. | 2 | N | 0.00<br>0.20 | 135.00 | 0.00<br>27.00 |
| 5   PARALEGAL RATE | | | | | | |

Time Listing
Jul/ 6/2018 To Feb/13/2019

| Lwyr Entry # / Date / Hold | Lawyer Matter / Task | Client / Matter Description / Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Sep 14/2018 — 1528405 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of E-mails from clients with various local tax returns; Review of same; Revisions to Schedules with same. | 2 | | 0.30 | 135.00 | 40.50 |
| 5 PARALEGAL RATE — Sep 14/2018 — 1528406 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — E-filing of Second Motion to Extend Time to file documents. | 2 | N | 0.00 / 0.10 | 135.00 | 0.00 / 13.50 |
| 1 GARY J. IMBLUM — Sep 14/2018 — 1530856 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of file; Draft of Second Motion for Extension of Time to file Schedules and Plan. | 2 | E/P | 0.10 / 0.30 | 135.00 / 295.00 | 13.50 / 88.50 |
| 5 PARALEGAL RATE — Sep 17/2018 — 1529173 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Telephone call from Taheesha Re: Rescheduled 341. | 2 | E | 0.10 / 0.20 | 135.00 | 13.50 / 27.00 |
| 1 GARY J. IMBLUM — Sep 25/2018 — 1529696 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of Order granting 2nd Motion to Extend Time to file Schedules; Memo to calendar. | 2 | N | 0.00 / 0.10 | 295.00 | 0.00 / 29.50 |
| 5 PARALEGAL RATE — Sep 26/2018 — 1529626 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of September 2018 Mortgage Statement from Lakeview Loan Servicing; Drafted letter to clients.(no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 5 PARALEGAL RATE — Sep 26/2018 — 1529649 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Revisions to Schedules, Means Test and Statement of Financial Affairs; Telephone call with Tasheesha to request Jesse's last pay-stub for 2017. | 2 | | 0.70 | 135.00 | 94.50 |
| 5 PARALEGAL RATE — Oct 1/2018 — 1529906 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Draft of Certification of no pay advices for Jessie; E-mail to Taheesha with copy of same for Jessie's signature. | 2 | E | 0.10 / 0.20 | 135.00 | 13.50 / 27.00 |
| 5 PARALEGAL RATE — Oct 1/2018 — 1529907 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — E-mail to client with amended Matrix for review/signature. | 2 | E | 0.10 / 0.20 | 135.00 | 13.50 / 27.00 |
| 5 PARALEGAL RATE — Oct 1/2018 — 1529908 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Paralegal's filing of Schedules, Means Test, Statement of Financial Affairs, Plan and other documents as required by the Court. | 2 | N | 0.00 / 0.30 | 135.00 | 0.00 / 40.50 |
| 5 PARALEGAL RATE — Oct 1/2018 — 1529909 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — E-filing of amended Matrix; Servicing of Meeting of Creditors and re-scheduled Meeting of Creditors on creditors being added. | 2 | N | 0.00 / 0.20 | 135.00 | 0.00 / 27.00 |
| 5 PARALEGAL RATE — Oct 1/2018 — 1529910 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Draft of Plan Letter. | 2 | E | 0.10 / 0.20 | 135.00 | 13.50 / 27.00 |
| 1 GARY J. IMBLUM — Oct 1/2018 — 1531033 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of revisions to Schedules. | 2 | | 0.20 | 295.00 | 59.00 |
| 1 GARY J. IMBLUM — Oct 1/2018 — 1531034 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of Claims of Keystone, Cap One, OneMain; Revision of Plan Re: Same and to include post-petition payment to LoanCare; Recalculation of Plan. | 2 | E | 0.20 / 0.30 | 295.00 | 59.00 / 88.50 |
| 5 PARALEGAL RATE — Oct 2/2018 — 1529979 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Telephone call from Clerk Re: needs Jessie's pay-stubs; Telephone call to Taheesha Re: having Jessie sign the Certificate of no pay-stubs and they both need to sign the amended Matrix - to sign and return today. | 2 | E | 0.10 / 0.30 | 135.00 | 13.50 / 40.50 |
| 1 GARY J. IMBLUM — Oct 2/2018 — 1532113 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of Trustee's Motion to Dismiss for Failure to File Documents. | 2 | P | 0.10 | 135.00 / 295.00 | 13.50 / 29.50 |
| 5 PARALEGAL RATE — Oct 3/2018 — 1530238 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Review of e-mails from client will fax amended Matrix and Certificate of no paystubs for Jessie this morning. | 2 | N | 0.00 / 0.20 | 135.00 | 0.00 / 27.00 |
| 5 PARALEGAL RATE — Oct 3/2018 — 1530241 — No Hold | 7180119 — BW | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) - L - met — Amended Matrix and signed Certificate of ... of ... pay advices. | 2 | N | 0.00 / 0.20 | 135.00 | 0.00 / 27.00 |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5 Oct 4/2018 1530279 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met E-mail to Trustee with copy of 2017 tax returns. | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 5 Oct 4/2018 1530280 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met E-mail to Trustee with market analysis. | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 5 Oct 5/2018 1534164 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of voicemail from Taheesha - wants to pay amended Matrix fee, has additional bill to add and may want to surrender vehicle; Attempted telephone call to client (voicemail full). | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 5 Oct 5/2018 1534165 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Telephone call with Taheesha - they will retain Escallade for now and decide later if they want to surrender; Fee for amended matrix paid; She will provide additional creditors. | 2 | | 0.20 | 135.00 | 27.00 |
| 1 Oct 8/2018 1532353 No Hold | GARY J. IMBLUM **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of GM Request for Notices. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 5 Oct 11/2018 1531587 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Paralegal's copying of Petition, Schedules, Statement of Financial Affairs and Plan. | 2 | **N** | **0.00** 0.30 | 135.00 | **0.00** 40.50 |
| 5 Oct 11/2018 1531588 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Paralegal's preparation of file for Creditors Meeting; Paralegal's e-mail to clients Re: Reminder of Creditors Meeting; Memo to file. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 Oct 12/2018 1531956 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of e-mail from client - will wait to remit Plan payment in November. | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 1 Oct 12/2018 1549024 No Hold | GARY J. IMBLUM **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of file; Preparation for Creditors Meeting; Memo to Associate; Email to Associate. | 2 | | 0.30 | 295.00 | 88.50 |
| 5 Oct 15/2018 1531586 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Pre-Discharge counseling letter to clients. | 2 | **N** | **0.00** 0.20 | 135.00 | **0.00** 27.00 |
| 1 Oct 16/2018 1532535 No Hold | GARY J. IMBLUM **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of filing of Debtor Education Certificates. | 2 | **N** | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 5 Oct 17/2018 1532058 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of letters from Loancare regarding loss mitigation options; Drafted letter to clients. | 2 | | 0.20 | 135.00 | 27.00 |
| 1 Oct 17/2018 1532576 No Hold | GARY J. IMBLUM **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of Trustee's Withdrawal of Motion to Dismiss. | 2 | **N** | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 1 Oct 17/2018 1532577 No Hold | GARY J. IMBLUM **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of letter from Ally with questions Re: Plan - question interest rate, value and adequate protection payment. | 2 | | 0.10 | 295.00 | 29.50 |
| 5 Oct 17/2018 1532588 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of e-mail from Trustee's office confirming the Motion to Dismiss is moot and withdrawn. | 2 | **N** | **0.00** 0.20 | 135.00 | **0.00** 13.50 |
| 2 Oct 17/2018 1549035 No Hold | Jeffrey Troutman **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Travel to and from Creditors Meeting. | 2 | | 0.10 | 235.00 | 11.75 |
| 2 Oct 17/2018 1549036 No Hold | Jeffrey Troutman **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Representation at Creditors Meeting. | 2 | | 0.30 | 235.00 | 70.50 |
| 5 Oct 18/2018 1532322 No Hold | PARALEGAL RATE **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Review of Notice of Confirmation Hearing; Drafted letter to clients. | 2 | **N** | **0.00** 0.20 | 135.00 | **0.00** 27.00 |
| 1 Oct 23/2018 1533401 No Hold | GARY J. IMBLUM **7180119** BW | **THOMAS, JESSIE/TAHEESHA** Chapter 13 Bankruptcy (H) - L - met Escalade; Review of Plan ... | 2 | | ...00 | ... | 59.00 |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | for adequate protection payments. | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | **0.20** | | **27.00** |
| Oct 26/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | **E** | 0.30 | 135.00 | 40.50 |
| 1533683 | BW | Review of voicemail from Taheesha Re: confirmation hearing and wanting to apply for loan modification; Obtained loan modification documents from mortgage company's website; Telephone message for Taheesha. | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE** | 2 | | | | |
| Oct 26/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1533867 | BW | Review of Entry of Appearance for Ally Bank. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | | | |
| Oct 29/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1533723 | BW | Review of October 2018 mortgage statement from Lakeview; Drafted letter to clients. (no charge) | | | 0.20 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | **0.50** | | **67.50** |
| Oct 31/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | 0.70 | 135.00 | 94.50 |
| 1534122 | BW | Obtain loan modification application for LoanCare; Complete loan modification application with information in file; E-mail to client to sign/review, provide updated pay information as well as bank statements and letter of hardship. | | **D** | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | **0.00** | | **0.00** |
| Oct 31/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | **N** | | | |
| 1534123 | BW | Review of e-mail from Taheesha - she will return application by Friday. | | | 0.20 | 135.00 | 27.00 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | **0.10** | | **13.50** |
| Nov  5/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | **E** | | | |
| 1535157 | BW | Review of voicemail from Taheesha - will provide loan modification and documents for same today, remitted mortgage payment on 10/31/18; Wants to discuss status of case; Telephone message to client. | | | 0.20 | 135.00 | 27.00 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | | | |
| Nov  8/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1535695 | BW | Telephone call from Taheesha - fax of loan modification documents did not go through so she will resend.  Discussed confirmation hearing - she will confirm if all tax returns have been filed.  She is trying to locate a new bank and obtain a secured credit card. | | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE** | 2 | | | | |
| Nov  8/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1535992 | BW | Review of Notice of Appearance for Lakeview. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | | | |
| Nov 12/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1537933 | BW | Review of file Re: 12/12/18 confirmation hearing; Review of Docket Re: Objections to Plan; Review of Objections of AmeriCredit, Ally and Lakeview; Review of file for a signed Pre-confirmation Certification; Review of file to determine if all tax returns are filed; Review of file to determine if a support obligation;  Review of file to determine if filing fee has been paid in full; Review of file to determine if Debtors are eligible for discharge; Review of Docket to determine if all Proofs of Claim are filed; Review of Proofs of Claim of Loancare, Capital One Auto and One Main, Ally, AmeriCredit and Berkheimer; Review of Trustee's Case Report Re: Status of payments to Trustee; Memo to Attorney. | | | 0.50 | 135.00 | 67.50 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | **0.00** | | **0.00** |
| Nov 14/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | **N** | | | |
| 1536649 | BW | Review of 2 page fax from client; E-mail to client to confirm if additional pages were to be sent. | | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE** | 2 | | | | |
| Nov 24/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1537380 | BW | Review of Email from counsel for Capital One Re: Wants 6.25% interest. | | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | 2 | | | | |
| Nov 29/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| 1537702 | BW | Review of November 2018 monthly mortgage statement from Lakeview; Drafted letter to clients. (no charge) | | | 0.20 | 135.00 | 0.00 |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | 2 | | **0.40** | | **118.00** |
| Nov 30/2018 | **7180119** | Chapter 13 Bankruptcy (H) - L  -  met | | **E** | 0.70 | 295.00 | 206.50 |
| 1538081 | BW | Review of file Re: 12/12/18 confirmation hearing; Review of Objection of Lakeview, Ally and AmeriCredit; Review of file to determine whether Pre-confirmation Certification may be filed; Review of file to determine if all tax returns are filed; Review of Trustee Case Report - no payments to date; Email to clients Re: Need Trustee payments and Ally & AmeriCredit, Ally, AmeriCredit/GM and | | | | | |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5 Dec 3/2018 1538102 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Set up Court Call appearance for 12/12/18 confirmation hearing; Docketed Notice to appear telephonically at 12/12/18 confirmation hearing. (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 1 Dec 3/2018 1538218 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: Will pay Trustee by 12/6/18 - all local returns are filed - does not want gap insurance; Email to client Re: What interest rate do they offer to pay to Ally & AmeriCredit. | 2 | | 0.20 | 295.00 | 59.00 |
| 1 Dec 5/2018 1538869 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: Approving settlement offer to AmeriCredit and Ally; Email to Ally counsel with settlement offer; Email to AmeriCredit counsel with settlement offer. | 2 | | 0.40 | 295.00 | 118.00 |
| 1 Dec 5/2018 1538876 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from counsel for Ally Re: Will review settlement offer with clients and advise. | 2 | N | 0.00 0.10 | 0.00 295.00 | 0.00 29.50 |
| 5 Dec 6/2018 1539091 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of voicemail from client; Telephone call with Taheesha - she will make payment today for Trustee through MoneyGram. | 2 | | 0.20 | 135.00 | 27.00 |
| 1 Dec 6/2018 1539109 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of file Re: 12/12/18 confirmation hearing; Review of Trustee's Case Report - no payments; Review of Docket - no new objections; Memo to file. | 2 | P/E | 0.10 0.20 | 135.00 295.00 | 13.50 59.00 |
| 5 Dec 6/2018 1539178 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of E-mail from Taheesha seeking copy of Moneygram card for Jessie to pay TFS; Responsive E-mail to client with copy of card. | 2 | E | 0.10 0.20 | 135.00 | 13.50 27.00 |
| 1 Dec 7/2018 1539557 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from AmeriCredit counsel Re: Will forward offer to client. | 2 | | 0.10 | 295.00 | 29.50 |
| 1 Dec 10/2018 1539694 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from Ally counsel with settlement offer; Email to Ally counsel Re: Will pass offer onto client and will ask to continue 12/12/18 hearing. | 2 | E | 0.10 0.20 | 295.00 | 29.50 59.00 |
| 1 Dec 10/2018 1539696 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from Ally counsel; Email to Ally counsel Re: I will continue the 12/12/18 hearing. | 2 | D | 0.00 0.20 | 295.00 | 0.00 59.00 |
| 1 Dec 10/2018 1539806 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Notice of Telephonic Court Appearance of Lakeview. | 2 | N | 0.00 0.10 | 295.00 | 0.00 29.50 |
| 5 Dec 11/2018 1539702 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of letter from Loancare with loss mitigation options; Drafted letter to clients. | 2 | E | 0.10 0.20 | 135.00 | 13.50 27.00 |
| 1 Dec 11/2018 1539859 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Call from Lakeview counsel Re: Will not oppose continuance. | 2 | P/E | 0.10 0.20 | 135.00 295.00 | 13.50 59.00 |
| 2 Dec 11/2018 1540954 | Jeffrey Troutman 7180119 | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review Emails with clients and counsel for 2 Plan objectors. | 2 | | 0.30 | 235.00 | 70.50 |
| 2 Dec 11/2018 1540956 No Hold | Jeffrey Troutman 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review Plan and Schedules. | 2 | | 0.20 | 235.00 | 47.00 |
| 2 Dec 11/2018 1540957 No Hold | Jeffrey Troutman 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Email to counsel for GM inquiring whether he would agree to continue confirmation hearing in light of unresolved objection. | 2 | P/E | 0.10 0.20 | 135.00 235.00 | 13.50 47.00 |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 2<br>Dec 12/2018<br>1543235<br>No Hold | Jeffrey Troutman<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call to Court Call in order to participate in<br>hearing via telephone; Participate in hearing on<br>confirmation via telephone. | 2 | 0.20 | 235.00 | 47.00 |
| 1<br>Dec 13/2018<br>1540328<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Review of Court proceeding memo Re: Confirmation<br>hearing. (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| 5<br>Dec 13/2018<br>1540382<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call from Taheehsa Re: Status of confirmation<br>hearing; Review of file - hearing was continued; Confirmed<br>receipt of Plan payment by Trustee. | 2<br>E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1<br>Dec 18/2018<br>1540664<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Ally's counsel with counter offer; Email<br>of offer to client. | 2 | 0.20 | 295.00 | 59.00 |
| 1<br>Dec 18/2018<br>1540665<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: Settlement offer made to GM/AmeriCredit;<br>Email to counsel Re: Please respond to offer. | 2<br>P | **135.00**<br>0.20 | 295.00 | **27.00**<br>59.00 |
| 1<br>Dec 18/2018<br>1540674<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from counsel for GM - accepting settlement<br>offer. | 2<br>P | **135.00**<br>0.10 | 295.00 | **13.50**<br>29.50 |
| 1<br>Dec 18/2018<br>1540675<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Claims; Comparison of same to Schedules; Memo to<br>file Re: Schedule of Distribution. | 2 | 0.50 | 295.00 | 147.50 |
| 1<br>Dec 18/2018<br>1540682<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of fee; Review of Trustee Case Report; Review of<br>Docket; Draft of Amended Plan; Letter to clients; Follow up<br>memo to calendar. | 2<br>E | **0.30**<br>0.60 | 295.00 | **88.50**<br>177.00 |
| 5<br>Dec 19/2018<br>1540512<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of letter from Loancare regarding new insurance<br>carrier; Drafted letter to clients. | 2<br>N | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 1<br>Dec 19/2018<br>1540710<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from client Re: Accepting Ally's settlement<br>offer. | 2<br>P | **135.00**<br>0.10 | 295.00 | **13.50**<br>29.50 |
| 5<br>Dec 28/2018<br>1541229<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of letter from LoanCare/Lakeview regarding expired<br>hazard insurance; Drafted letter to clients. | 2<br>E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Dec 28/2018<br>1541235<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of December 2018 mortgage statement from Lakeview;<br>Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 5<br>Jan 2/2019<br>1542358<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of letter from Loancare that insurance Loancare<br>ordered is cancelled; Drafted letter to clients. | 2<br>E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1<br>Jan 3/2019<br>1543218<br>No Hold | GARY J. IMBLUM<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of signed Amended Plan; Review of file - does Plan<br>need revised - no, special service to Dillon County<br>Treasurer; Memo to Paralegal with filing and service<br>instructions. | 2 | 0.20 | 295.00 | 59.00 |
| 5<br>Jan 4/2019<br>1543090<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Draft of Notice to Creditors including objection and<br>confirmation hearing dates Re: 1st Amended Plan. | 2 | 0.10 | 135.00 | 13.50 |
| 5<br>Jan 4/2019<br>1543091<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Upload Notice and 1st Amended Plan to service company with<br>service instructions. (no charge) | 2 | 0.10 | 135.00 | 0.00 |
| 5<br>Jan 4/2019<br>1543092<br>No Hold | PARALEGAL RATE<br>**7180119**<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Certificate of Service received from | 2 | 0.10 | 135.00 | 0.00 |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | company Re: 1st Amended Plan. (no charge) | | | | | |
| 5 | PARALEGAL RATE | | | | | | |
| Jan 4/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | N | 0.00 | | 0.00 |
| 1543093 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | E-filing of 1st Amended Plan with Notice and Certificate of Service. | | | 0.10 | 135.00 | 13.50 |
| 5 | PARALEGAL RATE | | | | | | |
| Jan 7/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| 1543094 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Plan letter of instruction to clients Re: Terms of 1st Amended Plan. | | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Jan 16/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | N | 0.00 | | 0.00 |
| 1545167 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Review of Ally's Withdrawal of Objection to Plan. | | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | | | | | | |
| Jan 24/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | E | 0.10 | | 13.50 |
| 1545762 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Telephone call from Taheesha to confirm amounts received by Trustee and when next payment is due. | | | 0.20 | 135.00 | 27.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Feb 1/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| 1546539 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Review of mortgage statement and Form 1098 from Lakeview Loan Servicing; Drafted letter to clients. | | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Feb 11/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | P | | 135.00 | 13.50 |
| 1548773 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Review of Email from Trustee Re: Will recommend for confirmation on 2/20/19 if no objections filed. | | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | | | | | | |
| Feb 13/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | E | 0.10 | | 13.50 |
| 1548869 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Review of e-mail from client - believes all local returns have been filed, will double check; Responsive e-mail to client - same is needed to have Plan confirmed. | | | 0.20 | 135.00 | 27.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Feb 13/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| 1549032 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Draft of Application for Approval of Interim Compensation & Expenses, Exhibit B (Fees & Costs), the Order, the Notice and the Debtors' Consent. | | | 0.70 | 135.00 | 94.50 |
| 1 | GARY J. IMBLUM | | | | | | |
| Feb 13/2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| 1549033 | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Review and revision of Fee Application. | | | 0.30 | 295.00 | 88.50 |
| 5 | PARALEGAL RATE | | | | | | |
| 1549034 /2019 | 7180119 | THOMAS, JESSIE/TAHEESHA | | E | 0.10 | | 13.50 |
| | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| No Hold | BW | Letter to clients Re: Fee Application. | | | 0.20 | 135.00 | 27.00 |

*** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW - Billable Work | | 42.80 | 7278.25 |
| **Total Billable** | | **42.80** | **7278.25** |
| **Total:** | | **42.80** | **7278.25** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|---|---|---|---|
| 1 - GARY J. IMBLUM | 12.40 | 3245.00 | |
| 2 - Jeffrey Troutman | 1.30 | 293.75 | Fees |
| 5 - PARALEGAL RATE | 29.10 | 3739.50 | |
| **Total:** | **42.80** | **7278.25** | |

REPORT SELECTIONS - Time Listing
Layout Template          Default
Advanced Search Filter    None
Requested by            Carol
Finished              Tuesday, April 26, 2022 at 03:54:52 PM
Ver                 13.0 SP2 (13.0.20140210)
Date Range
Matters
Clients

| Lwyr / Lawyer / Date / Matter / Client / Entry # / Task / Matter Description / Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|
| 5  PARALEGAL RATE<br>Feb 15/2019  7180119<br>1549100<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>E-filing of Pre Confirmation Certifications. | N | **0.00**<br>0.10 | 135.00 | **0.00**<br>13.50 |
| 5  PARALEGAL RATE<br>Feb 15/2019  7180119<br>1549101<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>E-filing of Request for Payment of Chapter 13 Compensation and Expenses. | N | **0.00**<br>0.10 | 135.00 | **0.00**<br>13.50 |
| 1  GARY J. IMBLUM<br>Feb 15/2019  7180119<br>1549309<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of Email from clients advising that local tax returns were filed for 2014 - 2017; Review of file Re: 12/20/18 confirmation hearing; Review of Docket - no new objections. | P | **135.00**<br>0.30 | 295.00 | **40.50**<br>88.50 |
| 1  GARY J. IMBLUM<br>Feb 15/2019  7180119<br>1579102<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Draft of Request for Payment of Compensation and Expenses. | | 0.20 | 295.00 | 59.00 |
| 5  PARALEGAL RATE<br>Feb 19/2019  7180119<br>1549656<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Telephone call from Trustee's office confirming case will be confirmed and attorney does not need to appear; Message to attorney. | N | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 1  GARY J. IMBLUM<br>Feb 19/2019  7180119<br>1549691<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of Lakeview's Objection to Plan; Review of file; Preparation for hearing; Memo to file. | E | **0.30**<br>0.50 | 295.00 | **88.50**<br>147.50 |
| 5  PARALEGAL RATE<br>Feb 19/2019  7180119<br>1579134<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Call to Court Call to set up telephonic Court appearance; Docketed Notice to Appear Telephonically at Hearing. (no charge) | | 0.20 | 135.00 | 0.00 |
| 5  PARALEGAL RATE<br>Feb 20/2019  7180119<br>1550764<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Discussion with attorney Re: objection filed to Plan; Telephone call to client Re: why they could not make first post petition mortgage payments.  Clients also want to surrender Chevrolet Malibu; Memo to attorney. | | 0.30 | 135.00 | 40.50 |
| 1  GARY J. IMBLUM<br>Feb 20/2019  7180119<br>1551569<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of Lakeview's Notice of Court Appearance. (no charge) | | 0.10 | 295.00 | 0.00 |
| 1  GARY J. IMBLUM<br>Feb 20/2019  7180119<br>1551599<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Representation at confirmation hearing; Follow up memo to calendar Re: When proposed Order is to be submitted. | | 0.30 | 295.00 | 88.50 |
| 1  GARY J. IMBLUM<br>Feb 20/2019  7180119<br>1551622<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of memo from clients Re: Clients might want to surrender the Malibu - will let us know. | P | **135.00**<br>0.10 | 295.00 | **13.50**<br>29.50 |
| 1  GARY J. IMBLUM<br>Feb 22/2019  7180119<br>1551709<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of Court proceeding memo Re: Confirmation hearing.(no charge) | | 0.10 | 295.00 | 0.00 |
| 5  PARALEGAL RATE<br>Feb 25/2019  7180119<br>1551657<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of voicemail from Taheesha; Telephone call with client Re: signing/returning Fee Application; Also discussed status of confirmation hearing.  She is working with insurance company on wrecked vehicle and will advise. | | 0.20 | 135.00 | 27.00 |
| 5  PARALEGAL RATE<br>Mar 1/2019  7180119<br>1552312<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of February 2019 Mortgage Statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | | 0.20 | 135.00 | 0.00 |
| 1  GARY J. IMBLUM<br>Mar 4/2019  7180119<br>1553193<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met    2<br>Review of Email and proposed confirmation Order from Lakeview counsel; Email to counsel Re: No objection to proposed Order as long as same is acceptable to Trustee. | E | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 1  GARY J. IMBLUM<br>Mar 6/2019  7180119<br>1579125<br>No Hold   BW<br>THOMAS, JESSIE/TAHEESHA<br>Review of filing of Stip... | | 0.10 | 295.00 | |

| Lwyr | Lawyer | | | | | |
|------|--------|---|---|---|---|---|
| Date | Matter | Client | | | | |
| Entry # | | Matter Description | Law Type | | | |
| | Task | Explanation | | Hours | Rate | Total |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | | | |
| 1554490 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of Order confirming Plan. (no charge) | | 0.10 | 295.00 | 0.00 |
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | | | |
| 1556173 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of Lakeview's proposed consent Order - confirming Plan - acceptable. | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | | | |
| 1554263 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Upload Notice to service company with service instructions Re: 1st Fee Application. (no charge) | | 0.10 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | | | |
| 1554264 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of Certificate of Service and Matrix from service company Re: 1st Fee Application. (no charge) | | 0.10 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | **0.00** | | **0.00** |
| 1554265 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 **N** | | | |
| No Hold | BW | E-filing of 1st Fee Application. | | 0.10 | 135.00 | 13.50 |
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | | **135.00** | **13.50** |
| 1579104 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 **P** | | | |
| No Hold | BW | Review of clients' consent to Fee Application; Memo to Paralegal. | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | | | |
| 1555018 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of March 2019 Mortgage Statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | | 0.20 | 135.00 | 0.00 |
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | | | |
| 1558761 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of Lakeview Notice of Post Petition Fees & Expenses - charges for Proof of Claim, Objection to Plan and Motion for Relief - charges reasonable. | | 0.10 | 295.00 | 29.50 |
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | | | |
| 1558821 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of Order approving Fee Application; Memo to file. (no charge) | | 0.10 | 295.00 | 0.00 |
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | | | |
| 1559049 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of Lakeview's Amended Claim; Review of file; Comparison to prior Claim - arrears are the same - no reason to object. | | 0.20 | 295.00 | 59.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | | | |
| 1559837 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of April 2019 billing statement from Lakeview Loan Servicing; Drafted letter to client. (no charge) | | 0.20 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | **0.10** | | **13.50** |
| 1561769 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 **E** | | | |
| No Hold | BW | Telephone call from Taheesha - will pay May 2019 mortgage payment in approximately 2 weeks. | | 0.20 | 135.00 | 27.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | **0.00** | | **0.00** |
| 1564843 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 **V** | | | |
| No Hold | BW | Review of file; E-mail to client Re: Information for Attorney to complete filing analysis. | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA | | **0.20** | | **59.00** |
| 1579109 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 **E** | | | |
| No Hold | BW | Review of Email from counsel requesting consent to Relief for Loancare; Review of file; Email to counsel Re: Non-consent to Relief; Late payment letter to client. | | 0.40 | 295.00 | 118.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | | | |
| 1564929 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review and analysis of Trustee's Schedule of Distribution; Recalculation of Plan payment amount; Detailed memo to file/Attorney Re: Issues; Emailed Trustee's office re discrepancy with Loan Care Servicing claim amounts. | | 0.50 | 135.00 | 67.50 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | | | |
| 1564096 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 | | | |
| No Hold | BW | Review of May 2019 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | | 0.20 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | THOMAS, JESSIE/TAHEESHA | | **0.20** | | **27.00** |
| 1567305 | 7180119 | Chapter 13 Bankruptcy (H) - L - met | 2 **E** | | | |
| No Hold | BW | Telephone call from client - past due for mortgage for May and June and past due for Plan payment for May. She will remit Plan payment no later than June 25, 2019 and request delinquent mortgage payment. | | 0.30 | 135.00 | 40.50 |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5 Jun 28/2019 1568428 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of June 2019 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 5 Jul 29/2019 1572246 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of July 2019 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 5 Aug 7/2019 1574644 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of voicemail from client Re: Vehicle accident; Review of file; Telephone call to client Re: possibility of surrendering vehicle - she will advise; Memo to file. | 2 E | **0.20** 0.40 | 135.00 | **27.00** 54.00 |
| 5 Aug 19/2019 1575131 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of annual escrow account disclosure statement from Lakewood Loan Servicing, LLC; Draft of letter to client Re: mortgage payment change. | 2 | 0.20 | 135.00 | 27.00 |
| 5 Aug 21/2019 1575228 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Reviewed Trustee's Motion to Dismiss; Draft letter to client with consent to wage attachment information and stipulation; Memo to calendar. | 2 E | **0.20** 0.30 | 135.00 | **27.00** 40.50 |
| 1 Aug 29/2019 1576473 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Transfer of Claim from American Education Services to ECMC. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 5 Sep 3/2019 1577027 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of August 2019 Mortgage Statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 5 Sep 13/2019 1578026 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of e-mail from client Re: Skipping Plan payments for 3 months; Review of file; Review of Trustee Case Report - payments are not current; Responsive e-mail to client - can not suspend payments but could tier Plan payments, call to discuss. | 2 | 0.20 | 135.00 | 27.00 |
| 5 Sep 20/2019 1578709 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met E-mail to Trustee with copy of Stipulation to resolve Motion to Dismiss. | 2 E | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 5 Sep 20/2019 1578719 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Telephone call from client Re: Vehicle was in accident - insurance wants to total, she wants to retain vehicle so she is getting another estimate for repairs; Discussed wage attachment requirement for Motion to Dismiss. | 2 E | **0.20** 0.30 | 135.00 | **27.00** 40.50 |
| 1 Sep 20/2019 1578941 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of signed Stipulation to resolve Trustee's Motion to Dismiss; Execution of same. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 5 Sep 20/2019 1579110 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Trustee's Motion to Dismiss; Review of Trustee Case Report - no payments since Motion was filed; Telephone call with clients Re: Options to resolve; Preparation of Stipulation to amend Plan and wage attach Taheesha; Documents e-mailed to clients for signature. | 2 | 0.40 | 135.00 | 54.00 |
| 1 Sep 20/2019 1580240 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of signed consents to wage attachment. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 1 Sep 23/2019 1578981 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Trustee's filing of Stipulation to resolve Motion to Dismiss. (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| 1 Sep 24/2019 1579058 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Order approving Stipulation with Trustee resolving Motion to Dismiss. (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| 1 Sep 25/2019 1579105 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Trustee's Review of Amended Case Plan; Draft of Motion for... letter... | 2 E | **0.40** | 295.00 | **118.00** 236.00 |

| Lwyr Date Entry # | Lawyer Matter | Task | Client Matter Description Explanation | Law Type | | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | | clients; Follow up memo to calendar. | | | | | |
| 5 | PARALEGAL RATE | | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| Sep 25/2019 | **7180119** | | Chapter 13 Bankruptcy (H) - L - met | 2 | **E** | **0.50** | | **67.50** |
| 1579106 | | | Draft of Application for Approval of Interim Compensation & | | | | | |
| **No Hold** | | BW | Expenses, Exhibit B (Fees & Costs), the Order, the Notice | | | 0.70 | 135.00 | 94.50 |
| | | | and the Debtor's Consent. | | | | | |
| 1 | GARY J. IMBLUM | | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| Sep 25/2019 | **7180119** | | Chapter 13 Bankruptcy (H) - L - met | 2 | | | | |
| 1579107 | | | Review and revision of Application for Approval of | | | | | |
| **No Hold** | | BW | Compensation and Expenses and related documents. | | | 0.30 | 295.00 | 88.50 |

*** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW    - Billable Work | | 11.40 | 1841.50 |
| **Total Billable** | | **11.40** | **1841.50** |
| | | | |
| **Total:** | | **11.40** | **1841.50** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|---|---|---|---|
| 1   - GARY J. IMBLUM | 4.70 | 1180.00 | Fees |
| 5   - PARALEGAL RATE | 6.70 | 661.50 | |
| **Total:** | **11.40** | **1841.50** | |

REPORT SELECTIONS - Time Listing
Layout Template               Default
Advanced Search Filter       None
Requested by                Carol
Finished                    Wednesday, April 27, 2022 at 08:45:54 AM
Ver                            13.0 SP2 (13.0.20140210)
Date Range                 Feb/14/2019 To Sep/25/2019
Matters                     7180119
Clients                     All
Major Clients             All
Client Intro Lawyer      All
Matter Intro Lawyer      All
Responsible Lawyer       All
Type of Law              All
Select From               Active, Inactive, Archived Matters
Working Lawyer          All
Task                       All
Summarize by Type of Law   No
Sorted by                 Order Entered
Time/Fee                  Both
Include Daily totals     No
Include Held Items only    No
Matter Security Enabled    No
Printed from            Register

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5<br>Sep 30/2019 **7180119**<br>1579704<br>**No Hold** | PARALEGAL RATE<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of September 2019 mortgage statement from Lakeview<br>Loan Servicing; Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 5<br>Sep 30/2019 **7180119**<br>1579734<br>**No Hold** | PARALEGAL RATE<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>E-filing of Motion for Wage Attachment. | 2 **N** | **0.00**<br>0.10 | 135.00 | **0.00**<br>13.50 |
| 1<br>Sep 30/2019 **7180119**<br>1579780<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Draft of Motion for Wage Attachment. | 2 **P/E** | **0.20**<br>0.30 | **135.00**<br>295.00 | **27.00**<br>88.50 |
| 5<br>Oct 2/2019 **7180119**<br>1579811<br>**No Hold** | PARALEGAL RATE<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Order granting Motion for Wage Attachment; Drafted<br>letter to client's employer. | 2 **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Oct 7/2019 **7180119**<br>1583037<br>**No Hold** | PARALEGAL RATE<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of voicemail from client Re: Wage attachment is not<br>sufficient for Trustee payment; Review of file; Telephone<br>call to client to remit difference to Trustee. Client has<br>decided to surrender Malibu; Memo to Attorney | 2 **E** | **0.10**<br>0.30 | 135.00 | **13.50**<br>40.50 |
| 1<br>Oct 9/2019 **7180119**<br>1581981<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Letter to employer Re: Revised wage attachment amount. | 2 **N** | **0.00**<br>0.20 | 295.00 | **0.00**<br>59.00 |
| 1<br>Oct 9/2019 **7180119**<br>1603946<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of signed Amended Plan and Fee Application; Review of<br>file - must Plan be revised - yes; Revision of Plan to<br>surrender Malibu; Email to Trustee - to stop payments to<br>Ally; Revision of Motion to Modify Plan. | 2 | 0.40 | 295.00 | 118.00 |
| 1<br>Oct 10/2019 **7180119**<br>1582052<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Trustee Re: Trustee will stop<br>distributions to Ally. | 2 **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 5<br>Oct 15/2019 **7180119**<br>1581694<br>**No Hold** | PARALEGAL RATE<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: Motion to Modify Plan (need information);<br>Telephone call to client to confirm why they fell behind and<br>why they will not moving forward. | 2 **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1<br>Oct 15/2019 **7180119**<br>1582175<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of memo from Paralegal; Revision of Motion to Modify<br>Plan. | 2 **D** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 1<br>Oct 15/2019 **7180119**<br>1582176<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file - must Plan be revised - no; Memo to Paralegal<br>with filing and special service instructions. | 2 **D** | **0.00**<br>0.20 | 295.00 | **0.00**<br>59.00 |
| 1<br>Oct 15/2019 **7180119**<br>1582187<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of memo from Paralegal R: Wants to surrender Mercedes<br>E350; Review of Trustee's Case Report Re: Amount paid on<br>this claim to date; Recalculation of Plan; Revision of Plan,<br>wage attachment letter and Motion to Modify Plan. | 2 | 0.40 | 295.00 | 118.00 |
| 1<br>Oct 15/2019 **7180119**<br>1582188<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Email to Trustee Re: No further distributions to AmeriCredit<br>(Claim 14). | 2 **P** | **135.00**<br>0.20 | 295.00 | **27.00**<br>59.00 |
| 5<br>Oct 15/2019 **7180119**<br>1583072<br>**No Hold** | PARALEGAL RATE<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call from Taheesha Re: Auto accident (hit curb) and<br>insurance is totaling Mercedes E350; Memo to Attorney Re:<br>Surrendering same in Plan. | 2 | 0.20 | 135.00 | 27.00 |
| 1<br>Oct 16/2019 **7180119**<br>1582195<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Trustee Re: Will not distribute further<br>to AmeriCredit/GM. | 2 **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 1<br>Oct 16/2019 **7180119**<br>1582202<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of revisions to Plan and wage attachment letter;<br>Signing of both. | 2 **P** | **135.00**<br>0.10 | 295.00 | **13.50**<br>29.50 |
| 1<br>Oct 16/2019 **7180119**<br>1582205<br>**No Hold** | GARY J. IMBLUM<br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>to know how much insurance | 2 | 0.20 | 295.00 | 59.00 |

| Lwyr / Lawyer | Matter | Client / Matter Description / Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5 PARALEGAL RATE<br>Oct 16/2019 1583075<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call from client wants to retain the Mercedes that the insurance company is totaling; Meeting with Attorney Re: Same. | 2 | 0.20 | 135.00 | 27.00 |
| 1 GARY J. IMBLUM<br>Oct 17/2019 1582292<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Notice from Safe Co Re: Vehicle totaled - buy back amount; Discussion with Paralegal - will confirm numbers with Safe Co. | 2 | 0.20 | 295.00 | 59.00 |
| 5 PARALEGAL RATE<br>Oct 17/2019 1603947<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call to client - wants to retain Mercedes - will have insurance company call with amount being paid by insurance and amount needed to buy back the vehicle once totaled. | 2 | 0.20 | 135.00 | 27.00 |
| 5 PARALEGAL RATE<br>Oct 17/2019 1603948<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of e-mail from client with notice from insurance company that Mercedes is totaled and e-mail with contact information for SafeCo; Memo to Attorney. | 2 | 0.20 | 135.00 | 27.00 |
| 5 PARALEGAL RATE<br>Oct 21/2019 1583091<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call with Taheesha Re: Claim with SafeCo; Telephone message for Kateysue with Safeco. | 2 | 0.20 | 135.00 | 27.00 |
| 5 PARALEGAL RATE<br>Oct 21/2019 1583092<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call from Kateysue with Safeco; Memo to Attorney | 2 | 0.20 | 135.00 | 27.00 |
| 1 GARY J. IMBLUM<br>Oct 29/2019 1584130<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file; Email to AmeriCredit counsel Re: Do they agree to allow clients to retain the salvage value through the Plan; Follow up memo to calendar. | 2 **E** | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 5 PARALEGAL RATE<br>Oct 30/2019 1584111<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of voicemail from client Re: Status of Ally repossessing Malibu and insurance settlement for totaled vehicle; Review of file; E-mail to client Re: Same. | 2 **E** | **0.20**<br>0.30 | 135.00 | **27.00**<br>40.50 |
| 5 PARALEGAL RATE<br>Nov 1/2019 1584339<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Trustee's Notice of Intent to File Certification of Default; Drafted letter to clients. | 2 **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1 GARY J. IMBLUM<br>Nov 1/2019 1584478<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Trustee's Notice of Intent; Review of file; Email to Trustee Re: Possible deal with AmeriCredit - delay in filing Amended Plan and payments wage attached; Follow up memo to calendar. | 2 **E** | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 1 GARY J. IMBLUM<br>Nov 4/2019 1584928<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Trustee Re: Agrees to give us time to file Plan after deal reached with AmeriCredit; Responsive Email to Trustee; Follow up Email to AmeriCredit's counsel Re: Offer to pay salvage value for vehicle. | 2 **E** | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 1 GARY J. IMBLUM<br>Nov 4/2019 1584941<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from counsel for AmeriCredit - awaiting response from Court. | 2 **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 5 PARALEGAL RATE<br>Nov 5/2019 1584572<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of October 2019 mortgage statement from Lakeview; Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 1 GARY J. IMBLUM<br>Nov 7/2019 1585806<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of calendar reminder; Email to counsel for AmeriCredit Re: Paying salvage value and retaining vehicle; Follow up memo to calendar. | 2 **P/E** | **0.10**<br>0.20 | **135.00**<br>295.00 | **13.50**<br>59.00 |
| 5 PARALEGAL RATE<br>Nov 7/2019 1603949<br>No Hold   BW | | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of voicemail from client wanting status of being able to retain vehicle financed with AmeriCredit that was totaled; Review of file; Responsive e-mail to client waiting for counsel for AmeriCredit to advise if they will agree with... | 2 **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1 GARY J. IMBLUM | | | | | | |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1 Nov 8/2019 1585820 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of calendar reminder - today to last day to come current with Trustee; Review of Trustee Case Report - in arrears by $7,280.12, but Trustee has granted additional time to file Amended Plan; Memo to calendar to follow up. | 2 | **P/E** | **0.10** 0.20 | **135.00** 295.00 | **13.50** 59.00 |
| 1 Nov 14/2019 1586552 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of calendar reminder; Email to counsel for AmeriCredit - can clients keep car and pay salvage value through the Plan; Follow up memo to calendar. | 2 | **P/E** | **0.10** 0.30 | **135.00** 295.00 | **13.50** 88.50 |
| 1 Nov 15/2019 1588855 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client; Email to client Re: Why it is up to the lienholder whether they accept salvage value. | 2 | | | 295.00 | 59.00 |
| 1 Nov 19/2019 1587043 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of calendar reminder Re: AmeriCredit; Email to counsel - does AmeriCredit accept offer; Follow up memo to calendar. | 2 | **P/E** | **0.10** 0.20 | **135.00** 295.00 | **13.50** 59.00 |
| 1 Nov 21/2019 1587378 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of file; Email to AmeriCredit counsel Re: Salvage value of vehicle; Follow up memo to calendar. | 2 | **P/E** | **0.10** 0.20 | **135.00** 295.00 | **13.50** 59.00 |
| 1 Nov 21/2019 1587381 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from counsel for AmeriCredit Re: Status of request to pay salvage value. | 2 | **P** | 0.10 | **135.00** 295.00 | **13.50** 29.50 |
| 1 Nov 21/2019 1587405 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from counsel for AmeriCredit; Email to counsel with letter from Safe Co. | 2 | | | 295.00 | 59.00 |
| 1 Nov 22/2019 1587431 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from counsel for Loancare; Review of file; Email to counsel Re: Non-consent to Relief. | 2 | **E** | **0.20** 0.40 | 295.00 | **59.00** 118.00 |
| 5 Nov 25/2019 1587389 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Lakeview's Motion for Relief; Drafted letter to clients. | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 1 Nov 25/2019 1587530 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Lakeview Motion for Relief; Review of file; Draft of Response to Motion. | 2 | **E** | **0.20** 0.30 | 295.00 | **59.00** 88.50 |
| 5 Nov 26/2019 1587499 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of memo from Attorney; Email to clients Re: Lakeview Motion for Relief. | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 1 Nov 27/2019 1588856 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Court Notice to Lakeview Re: Notice does not include 14 day objection deadline. | 2 | **P** | 0.10 | **135.00** 295.00 | **13.50** 29.50 |
| 5 Dec 2/2019 1587970 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of November 2019 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 5 Dec 2/2019 1587986 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Call to client Re: Lakeview Motion for Relief; Memo to Attorney with client's response. | 2 | | 0.20 | 135.00 | 27.00 |
| 5 Dec 2/2019 1588015 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met E-filing of Response to Motion of Lakeview Loan Servicing LLC for Relief from the Automatic Stay. | 2 | **N** | **0.00** 0.10 | 135.00 | **0.00** 13.50 |
| 1 Dec 2/2019 1588997 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of memo from Paralegal; Revision to Response to Motion for Relief. | 2 | | 0.20 | 295.00 | 59.00 |
| 1 Dec 2/2019 1592499 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of file; Memo to Paralegal - call clients for response to Motion for Relief. | 2 | | 0.10 | 295.00 | 29.50 |
| 1 Dec 10/2019 1589540 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from coun... Review ... | 2 | | 0.20 | 295.00 | 59.00 |

| Lwyr / Entry # | Lawyer Matter / Task | Date | Client / Matter Description / Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | | | Email to clients - proposing to pay arrears through an Amended Plan. | | | | |
| 1 / 1589572 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 10/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of calendar reminder; Email to counsel for AmeriCredit Re: Keeping vehicle and paying salvage value; Follow up memo to calendar. | P/E — 2 | **0.10** / 0.20 | **135.00** / 295.00 | **13.50** / 59.00 |
| 1 / 1589929 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 15/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of Email from counsel for AmeriCredit; Email to counsel Re: Amount to be paid by SafeCo and by my clients. | 2 | 0.20 | 295.00 | 59.00 |
| 5 / 1590116 / No Hold | PARALEGAL RATE / 7180119 / BW | Dec 17/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Scheduling Court Call for 12/18/19 hearing Re: Lakeview Loan Servicing – Motion for Relief; Docketing Notice of intention to appear telephonically at hearing. | N — 2 | **0.00** / 0.20 | 135.00 | **0.00** / 27.00 |
| 1 / 1590291 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 17/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of Email from counsel for Lakeview; Review of file; Email to counsel Re: Offer to cure via an Amended Plan. | E — 2 | **0.20** / 0.30 | 295.00 | **59.00** / 88.50 |
| 1 / 1590295 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 17/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Memo to Paralegal Re: Request appearance via Court Call for 12/18/19 hearing. | N — 2 | **0.00** / 0.10 | 295.00 | **0.00** / 29.50 |
| 1 / 1590296 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 17/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – Review of met — Court Call confirmation. (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| 5 / 1590374 / No Hold | PARALEGAL RATE / 7180119 / BW | Dec 17/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of voicemail from client Re: Motion for Relief hearing and status of being able to retain totaled vehicle; Discussion with Attorney; E-mail to client Re: These issues are not yet resolved. | 2 | 0.30 | 135.00 | 40.50 |
| 1 / 1590405 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 18/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of Email from counsel for Lakeview; Request forwarded to clients. | P — 2 | 0.10 | **135.00** / 295.00 | **13.50** / 29.50 |
| 1 / 1590415 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 18/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Representation (via Court Call) at hearing on Lakeview's Motion for Relief; Memo to calendar Re: Rescheduled hearing and to follow up. | 2 | 0.30 | 295.00 | 88.50 |
| 1 / 1590416 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 18/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Letter to clients Re: Rescheduled Lakeview hearing and asking clients for funds to bring Lakeview current. | E — 2 | **0.10** / 0.20 | 295.00 | **29.50** / 59.00 |
| 1 / 1590430 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 18/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of Notice of Telephonic Court Appearance for Lakeview. | N — 2 | **0.00** / 0.10 | 295.00 | **0.00** / 29.50 |
| 1 / 1590434 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 18/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of Court proceeding memo Re: Lakeview Motion for Relief. (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| 1 / 1590784 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 24/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of calendar reminder Re: AmeriCredit and salvage value of vehicle; Email to AmeriCredit counsel Re: Status; Follow up memo to calendar. | P/E — 2 | **0.10** / 0.20 | **135.00** / 295.00 | **13.50** / 59.00 |
| 1 / 1603950 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 27/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of Email from counsel for AmeriCredit Re: Does not allow owner to retain on salvage titles; Review of file; Email to Safeco counsel – has Claim been processed as owner retain; Follow up memo to calendar; Review of out-of-office Email from Safeco. | E — 2 | **0.20** / 0.40 | 295.00 | **59.00** / 118.00 |
| 1 / 1591016 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 30/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — Review of phone message from client Re: 1/16/20 Lakeview hearing; Email to client Re: Send all payments to me; Memo to file. | E — 2 | **0.20** / 0.30 | 295.00 | **59.00** / 88.50 |
| 1 / 1591017 / No Hold | GARY J. IMBLUM / 7180119 / BW | Dec 30/2019 | THOMAS, JESSIE/TAHEESHA — Chapter 13 Bankruptcy (H) – L – met — … counsel Re: Client's … pay … | 2 | … | 295.00 | 59.00 |
| 5 / PARALEGAL RATE | | | | | | | |

| Lwyr / Date / Entry | Lawyer / Matter / Task | Client / Matter Description / Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1<br>Dec 31/2019<br>1591087<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | Chapter 13 Bankruptcy (H) - L  -  met<br>Review of December 2019 mortgage statement from Lakeview; Drafted letter to clients.  (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 1<br>Dec 31/2019<br>1591201<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from Loancare counsel Re: Sent offer to client. | 2 | **P** | 0.10 | **135.00** / 295.00 | **13.50** / 29.50 |
| 1<br>Jan 3/2020<br>1591688<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from Safeco (Liberty Mutual) Re: No money has been distributed; Review of file; Email to GM counsel informing him of same; Email to clients Re: GM rejected our offer - where is vehicle?; Memo to calendar - need to file Amended Plan. | 2 | | 0.40 | 295.00 | 118.00 |
| 5<br>Jan 3/2020<br>1591720<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of e-mail from client Re: What about Chevrolet Malibu; Review of file; Responsive e-mail to client - Plan will include vehicle to be surrendered per conversation on 10/07/19 unless she advises otherwise. | 2 | | 0.20 | 135.00 | 27.00 |
| 5<br>Jan 3/2020<br>1591721<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of e-mail from client Re: Status of keeping totaled vehicle and should she make payments to Loancare; Review of file; E-mail to client to review Attorney's e-mail sent this morning that she will have to surrender vehicle and should remit payments directly to us until Motion for Relief is resolved. | 2 | **E** | **0.10** / 0.20 | 135.00 | **13.50** / 27.00 |
| 1<br>Jan 5/2020<br>1591690<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from Safeco; Email to Safeco with bank counsel's information. | 2 | **E** | **0.10** / 0.20 | 295.00 | **29.50** / 59.00 |
| 1<br>Jan 8/2020<br>1592742<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of file Re: 1/16/20 Lakeview hearing; Email to clients - requesting 2 payments; Memo to file. | 2 | **E** | **0.20** / 0.30 | 295.00 | **59.00** / 88.50 |
| 1<br>Jan 11/2020<br>1592785<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from Lakeview counsel Re: They agree to our terms - will then send a Stipulation; Email to client Re: Need 2 payments ASAP. | 2 | | 0.20 | 295.00 | 59.00 |
| 1<br>Jan 13/2020<br>1593152<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from client Re: Can make 1 payment now and 1 payment by 1/25/20; Email to Lakeview counsel - please revise the proposed Stipulation accordingly. | 2 | **P/E** | **0.10** / 0.20 | **135.00** / 295.00 | **13.50** / 59.00 |
| 5<br>Jan 14/2020<br>1592936<br>No Hold | PARALEGAL RATE<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Scheduling Court Call for 01/16/20 hearing Re: Lakeview Loan Servicing - Motion for Relief; Docketing Notice of intention to appear telephonically at hearing.  (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 1<br>Jan 14/2020<br>1593336<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Memo to Paralegal - sign up for Court Call for 1/16/20 hearing. | 2 | **N** | **0.00** / 0.10 | 295.00 | **0.00** / 29.50 |
| 1<br>Jan 14/2020<br>1593350<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of mortgage payment from client. | 2 | **P** | 0.10 | **135.00** / 295.00 | **13.50** / 29.50 |
| 1<br>Jan 16/2020<br>1593720<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of file; Preparation for hearing with Lakeview; Memo to file. | 2 | | 0.30 | 295.00 | 88.50 |
| 1<br>Jan 16/2020<br>1593722<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Representation at Lakeview hearing via Court Call.  (Docket will not show me as attending) | 2 | | 0.30 | 295.00 | 88.50 |
| 1<br>Jan 16/2020<br>1593723<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from Lakeview counsel - waiting for approval from client Re: Stipulation. | 2 | **P** | 0.10 | **135.00** / 295.00 | **13.50** / 29.50 |
| 1<br>Jan 17/2020<br>1593792<br>No Hold | GARY J. IMBLUM<br>7180119<br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Safeco…admission; …payoff | 2 | | 0.10 | 295.00 | 29.50 |
| 1<br>Jan 17/2020 | GARY J. IMBLUM<br>7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1<br>1594004<br>No Hold | BW | Chapter 13 Bankruptcy (H) - L - met<br>Review of Court proceeding memo Re: Lakeview hearing. (NC) | 2 | 0.10 | 295.00 | 0.00 |
| 5<br>Jan 29/2020 **7180119**<br>1594925<br>No Hold | PARALEGAL RATE<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of January 2020 mortgage statement and Form 1098 from<br>Lakeview Loan Servicing; Drafted letter to clients. | 2 | 0.20 | 135.00 | 27.00 |
| 1<br>Jan 31/2020 **7180119**<br>1595236<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from client Re: Ally (Malibu) and Mercedes<br>350; Email to client Re: Can do voluntary surrender of<br>Malibu and can't keep Mercedes. | 2 **E** | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 1<br>Feb 3/2020 **7180119**<br>1595864<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from client; Email to client Re: Turning in<br>plates, surrendering vehicle and dropping insurance on the<br>Mercedes 350. | 2 | 0.20 | 295.00 | 59.00 |
| 1<br>Feb 3/2020 **7180119**<br>1595879<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of check for Lakeview; Review of file; Email to<br>Lakeview counsel - informing him of same. | 2 **P** | **135.00**<br>0.20 | 295.00 | **27.00**<br>59.00 |
| 1<br>Feb 3/2020 **7180119**<br>1595882<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of 2nd Email from counsel for Lakeview; Review of<br>proposed Stipulation; Review of file; Revision of proposed<br>Stipulation; Email of revisions to counsel. | 2 | 0.40 | 295.00 | 118.00 |
| 1<br>Feb 3/2020 **7180119**<br>1595886<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of 3rd Email from Lakeview counsel Re: He sent<br>revisions to his client to review; Email to counsel - I will<br>send 2 payments. | 2 **E** | **0.10**<br>0.20 | 295.00 | **29.50**<br>59.00 |
| 1<br>Feb 3/2020 **7180119**<br>1595897<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Lakeview counsel Re: Will send<br>Stipulation once approved by client. | 2 **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 5<br>Feb 4/2020 **7180119**<br>1595411<br>No Hold | PARALEGAL RATE<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Telephone call from Katie with Safeco to obtain name,<br>telephone number, fax number and account number for lender<br>as well as Trustee contact information. | 2 | 0.20 | 135.00 | 27.00 |
| 1<br>Feb 5/2020 **7180119**<br>1596461<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from counsel for Lakeview; Review of revised<br>Stipulation; Email to counsel Re: He did not revise<br>paragraph 6. | 2 **E** | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 1<br>Feb 10/2020 **7180119**<br>1596748<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from counsel for Lakeview Re: His client is<br>reviewing Stipulation. | 2 **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 1<br>Feb 20/2020 **7180119**<br>1598262<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: 2/27/20 Lakeview hearing; Email to<br>Lakeview counsel Re: Status of proposed Stipulation. | 2 **E/P** | **0.10**<br>0.30 | **135.00**<br>295.00 | **13.50**<br>88.50 |
| 1<br>Feb 20/2020 **7180119**<br>1598276<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from counsel for Lakeview Re: Will follow up<br>with client Re: Stipulation. | 2 **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 5<br>Feb 25/2020 **7180119**<br>1598357<br>No Hold | PARALEGAL RATE<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Arranged Court Call appearance for 2/27/20 Motion for Relief<br>hearing Re: Lakeview; Docketed Notice of Telephonic Court<br>Appearance; Memo to Attorney. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 1<br>Feb 25/2020 **7180119**<br>1598534<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: 2/27/20 hearing; Email to Lakeview counsel<br>Re: Has their client approved the proposed Stipulation. | 2 **P/E** | **0.10**<br>0.20 | **135.00**<br>295.00 | **13.50**<br>59.00 |
| 1<br>Feb 25/2020 **7180119**<br>1598591<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from counsel for Lakeview; Review of proposed<br>Stipulation; Review of file; Revision of Stipulation; Email<br>of revised Stipulation to Lakeview counsel. | 2 **E** | **0.20**<br>0.40 | 295.00 | **59.00**<br>118.00 |
| 1<br>Feb 25/2020 **7180119**<br>1598592<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>~~Lakeview counsel with other revisions~~<br>calculation of post-peti~~...~~ | 2 | 0.20 | 295.00 | 59.00 |

| Lwyr Entry # | Lawyer Date Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1 Feb 26/2020 1598695 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Email from counsel for Lakeview with recalculated arrearage amounts; Email to counsel Re: I agree with his numbers. | 2 | E | 0.10 0.20 | 295.00 | 29.50 59.00 |
| 1 Feb 26/2020 1598720 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Email from counsel for Lakeview; Review of revised Stipulation; Revision of Stipulation; Email of revised Stipulation to counsel. | 2 | E | 0.20 0.40 | 295.00 | 59.00 118.00 |
| 1 Feb 28/2020 1599049 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Notice of Telephonic Court Appearance. | 2 | N | 0.00 0.10 | 295.00 | 0.00 29.50 |
| 1 Feb 28/2020 1599065 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Court proceeding memo Re: Lakeview hearing continued; Email to Lakeview counsel Re: Need to finalize the Stipulation soon since Plan is overdue; Follow up memo to calendar. | 2 | N/P/E | 0.10 0.30 | 135.00 295.00 | 13.50 88.50 |
| 5 Mar 3/2020 1599276 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of February 2020 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 1 Mar 3/2020 1600185 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Letter to clients explaining terms of Stipulation with Lakeview. | 2 | E | 0.20 0.30 | 295.00 | 59.00 88.50 |
| 1 Mar 3/2020 1600186 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Trustee's Case Report; Revision of Amended Plan, Motion to Modify Plan and wage attachment letter. | 2 | E | 0.20 0.40 | 295.00 | 59.00 118.00 |
| 5 Mar 4/2020 1599392 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Upload Notice, 2nd Amended Plan and 2nd Fee Application Notice to service company with service instructions. (NC) | 2 | | 0.10 | 135.00 | 0.00 |
| 5 Mar 4/2020 1599393 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Certificate of Service and Matrix from service company Re: 2nd Amended Plan and 2nd Fee Application. (NC) | 2 | | 0.10 | 135.00 | 0.00 |
| 5 Mar 4/2020 1599394 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met E-filing of Motion to Modify Plan with 2nd Amended Plan, Notice, proposed Order and Certificate of Service. | 2 | N | 0.00 0.10 | 135.00 | 0.00 13.50 |
| 5 Mar 4/2020 1599395 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Plan letter of instruction to clients Re: Terms of 2nd Amended Plan. | 2 | E | 0.10 0.20 | 135.00 | 13.50 27.00 |
| 5 Mar 4/2020 1599396 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met E-filing of 2nd Fee Application. | 2 | N | 0.00 0.10 | 135.00 | 0.00 13.50 |
| 1 Mar 5/2020 1600183 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Email from counsel for Lakeview; Review of revised Stipulation; Execution of Stipulation; Email of signed Stipulation to counsel. | 2 | E | 0.10 0.30 | 295.00 | 29.50 88.50 |
| 1 Mar 5/2020 1600184 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Letter to Lakeview sending 2 payments pursuant to Stipulation. | 2 | P | 0.20 | 135.00 295.00 | 27.00 59.00 |
| 5 Mar 6/2020 1600271 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of AmeriCredit/GM Financial's Motion for Relief; Drafted letter to clients. | 2 | E | 0.10 0.20 | 135.00 | 13.50 27.00 |
| 1 Mar 9/2020 1603951 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Lakeview's filing of Stipulation. (no charge) | 2 | | 0.10 | 295.00 | 0.00 |
| 1 Mar 10/2020 1601370 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) – L – met Review of Email from Trustee Re: Plan underfunded; Recalculation of Plan – Trustee is correct; Email to Trustee Re: Will amend Plan; Revision of Plan; Revision of Motion to Amend Plan. (no charge) | 2 | | 0.50 | 295.00 | 0.00 |
| 1 Mar 10/2020 1601382 | GARY J. IMBLUM 7180119 | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) | | | | | |

| Lwyr | Lawyer | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Matter | Client | | | | | |
| Entry # | | Matter Description | | Law Type | | | |
| | Task | Explanation | | | Hours | Rate | Total |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No Hold | BW | Review of AmeriCredit/GM's Motion for Relief from Stay; Review of file - surrendering - no response required. | | | 0.10 | 295.00 | 29.50 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 10/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1603952 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of Court proceeding memo Re: Lakeview. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 11/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1601467 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of Order approving Stipulation with Lakeview. (NC) | | | 0.10 | 295.00 | 0.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 12/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1601571 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of mortgage payment for Lakeview; Review of Stipulation; Letter to Lakeview with March payment. (NC) | | | 0.20 | 295.00 | 0.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 17/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1602107 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of Email from Trustee Re: Insurance check for 2013 Mercedes; Review of file; Email to Trustee Re: Does check relate to 2012 Mercedes being surrendered in the Plan. | | | 0.30 | 295.00 | 88.50 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 17/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.10** | | **29.50** |
| 1602115 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | | | |
| No Hold | BW | Review of 2nd Email from Trustee Re: Check is for 2013 Mercedes; Email to Trustee Re: Does check mention the name of the lienholder. | | | 0.20 | 295.00 | 59.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 17/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.10** | | **29.50** |
| 1602116 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | | | |
| No Hold | BW | Review of Email from Trustee; Review of copy of check; Review of file; Email to Trustee Re: Check is for 2012 Mercedes - Claim 14 - AmeriCredit/GM. | | | 0.30 | 295.00 | 88.50 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 17/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.00** | | **0.00** |
| 1602117 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **N** | | | |
| No Hold | BW | Review of Email from Trustee Re: Agrees it relates to the 2012 Mercedes; Responsive Email to Trustee. | | | 0.20 | 295.00 | 59.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Mar 20/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1601860 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Set up Court Call appearance for 3/26/19; Docketed Notice of Telephonic Court Appearance; Memo to Attorney. (no charge) | | | 0.20 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Mar 25/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.20** | | **27.00** |
| 1603953 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | | | |
| No Hold | BW | Telephone call from Taheesha Re: Motion for Relief hearing tomorrow, wants to confirm when to resume mortgage payments, may need to suspend Plan payments in future and wants to surrender 2 vehicles being surrendered in Plan; Review of file; Responsive e-mail to client - does not need to attend Motion for Relief hearing, direct payments resume to mortgage on 03/01/20, if needs to suspend Plan payments to advise and confirmed both vehicles being surrendered in Plan. | | | 0.50 | 135.00 | 67.50 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 26/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1602450 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of Court proceeding memo Re: AmeriCredit. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 26/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.00** | | **0.00** |
| 1602451 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **N** | | | |
| No Hold | BW | Review of Notice of Telephonic Court Appearance for AmeriCredit. | | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | | | | | | |
| Mar 27/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1602089 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of Lakeview Loan Servicing monthly mortgage statement; letter to client.  (no charge) | | | 0.20 | 135.00 | 0.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Mar 27/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.00** | | **0.00** |
| 1602172 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | | | |
| No Hold | BW | Review of Order granting Americredit Financial Services/GM's Motion for Relief; Drafted letter to clients. | | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Mar 27/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |
| 1603954 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of Notice of Post Petition Fees and Expenses - fees and costs for Motion for Relief - no objection warranted. | | | 0.20 | 295.00 | 59.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Mar 31/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.10** | | **13.50** |
| 1602312 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | | | |
| No Hold | BW | Review of Notice setting hearing on Motion to Modify Plan; Drafted letter to clients. | | | 0.20 | 135.00 | 27.00 |
| 1 | GARY J. IMBLUM | | | | | | |
| Apr  1/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | **0.10** | **135.00** | **13.50** |
| 1602740 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| No Hold | BW | Review of calendar reminder - status of unsigned Amended Plan; Memo to Paralegal to resend for electronic signature; | | **P/E** | 0.20 | 295.00 | 59.00 |
| 5 | PARALEGAL RATE | | | | | | |
| Apr  2/2020 | 7180119 | **THOMAS, JESSIE/TAHEESHA** | | | | | |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1602709<br>No Hold | BW | Chapter 13 Bankruptcy (H) - L - met<br>Review of memo from Attorney; E-mail to clients through<br>HelloSign to sign Plan electronically. | 2 | | 0.20 | 135.00 | 27.00 |
| 1<br>Apr 3/2020 **7180119**<br>1603395<br>5   PARALEGAL RATE | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Order approving 2nd Fee Application; Memo to file.NC | 2 | | 0.10 | 295.00 | 0.00 |
| 1<br>Apr 7/2020 **7180119**<br>1603639<br>No Hold<br>5   PARALEGAL RATE | BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: Plan; Telephone call to Taheesha - Jessie<br>needs to sign as well. | 2 | **N** | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 1<br>Apr 8/2020 **7180119**<br>1603673<br>No Hold<br>5   PARALEGAL RATE | BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Upload Notice and 3rd Amended Plan to service company with<br>service instructions. (no charge) | 2 | | 0.10 | 135.00 | 0.00 |
| 1<br>Apr 8/2020 **7180119**<br>1603674<br>No Hold<br>5   PARALEGAL RATE | BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Certification of Service and Matrix from service<br>company Re: 3rd Amended Plan. (no charge) | 2 | | 0.10 | 135.00 | 0.00 |
| 1<br>Apr 8/2020 **7180119**<br>1603675<br>No Hold<br>5   PARALEGAL RATE | BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>E-filing of Motion to Modify Plan with 3rd Amended Plan,<br>Notice, proposed Order and Certificate of Service. | 2 | **N** | **0.00**<br>0.10 | 135.00 | **0.00**<br>13.50 |
| 1<br>Apr 8/2020 **7180119**<br>1603676<br>No Hold | BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Plan letter of instruction to client Re: Terms of 3rd Amended<br>Plan. | 2 | **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 1<br>Apr 8/2020 **7180119**<br>1603846<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of signed amended Plan; Review of file - must Plan be<br>revised - yes; Revision of Plan. (no charge). | 2 | | 0.20 | 295.00 | 0.00 |
| 1<br>Apr 8/2020 **7180119**<br>1603856<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of revised Plan; Execution of same; Memo to Paralegal<br>with service and filing instructions (special service to<br>Capital One and One Main Financial). | 2 | **N** | **0.00**<br>0.20 | 295.00 | **0.00**<br>59.00 |
| 5<br>Apr 13/2020 **7180119**<br>1603985<br>No Hold | PARALEGAL RATE<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Draft of Application for Approval of Interim Compensation &<br>Expenses, Exhibit B (Fees & Costs), the Order, the Notice<br>and the Debtors' Consent. | 2 | **E** | **0.50**<br>0.70 | 135.00 | **67.50**<br>94.50 |
| 1<br>Apr 13/2020 **7180119**<br>1603986<br>No Hold | GARY J. IMBLUM<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Review and revision of Application for Approval of<br>Compensation and Expenses. | 2 | **E** | **0.20**<br>0.40 | 295.00 | **59.00**<br>118.00 |
| 5<br>Apr 13/2020 **7180119**<br>1603987<br>No Hold | PARALEGAL<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L - met<br>Letter to clients Re: Application for Approval of<br>Compensation and Expenses. | 2 | **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |

*** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW   - Billable Work | | 30.50 | 6599.00 |
| **Total Billable** | | **30.50** | **6599.00** |
| **Total:** | | **30.50** | **6599.00** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|---|---|---|---|
| 1   - GARY J. IMBLUM | 20.50 | 5546.00 | |
| 5   - PARALEGAL RATE | 10.00 | 1053.00 | Fees |
| **Total:** | **30.50** | **6599.00** | |

Case 5:18-bk-03265-MJC    Doc 185    Filed 10/18/23    Entered 10/18/23 15:24:40    Desc
Main Document    Page 46 of 59

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5<br>Apr 15/2020<br>1605678<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review returned mail; Draft and efile letter to clerk changing address for Midland Credit; Re-sent returned mail to correct address. | 2 | E | **0.20**<br>0.30 | 135.00 | **27.00**<br>40.50 |
| 5<br>Apr 15/2020<br>1605679<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review returned mail; Draft and efile letter to clerk changing address for American Finance; Re-sent returned mail to correct address. | 2 | E | **0.10**<br>0.30 | 135.00 | **13.50**<br>40.50 |
| 5<br>Apr 16/2020<br>1605479<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: 5/6/20 confirmation hearing; Review of Docket Re: Objections to Plan; Review of Objection of Trustee; Review of Docket to determine if all Proofs of Claim are filed; Review of Trustee's Case Report Re: Status of payments to Trustee; Memo to Attorney. | 2 | | 0.20 | 135.00 | 27.00 |
| 1<br>Apr 20/2020<br>1604933<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review correspondence from Loancare with loss mitigation options; letter to client. | 2 | | 0.20 | 295.00 | 59.00 |
| 1<br>Apr 25/2020<br>1605522<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: 5/6/20 confirmation hearing; Review of Docket; Email to Trustee Re: Will hearing be continued given the filing of the 3rd Amended Plan. | 2 | E | **0.10**<br>0.20 | 295.00 | **29.50**<br>59.00 |
| 1<br>Apr 26/2020<br>1605535<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: 5/6/20 confirmation hearing; Review of memo from Paralegal Re: Preparation for confirmation hearing; Review of Objection of Trustee; Email to Trustee Re: Plan need not address disposition of insurance proceeds; Memo to file - need to resolve Trustee's Objection to Plan. | 2 | E | **0.20**<br>0.40 | 295.00 | **59.00**<br>118.00 |
| 1<br>Apr 27/2020<br>1605544<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Trustee Re: Will withdraw Objection to Plan. | 2 | P | **135.00**<br>0.10 | 295.00 | **13.50**<br>29.50 |
| 1<br>Apr 27/2020<br>1605549<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Email from Trustee; Memo to Paralegal - contact Court Administrator to reschedule confirmation hearing. | 2 | N | **0.00**<br>0.20 | 295.00 | **0.00**<br>59.00 |
| 1<br>Apr 27/2020<br>1605846<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Withdrawal of Trustee's Objection to Amended Plan. | 2 | | 0.10 | 295.00 | 0.00 |
| 5<br>Apr 27/2020<br>1620326<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of e-mail from attorney Re: Hearing needs scheduled on Motion to Modify; Review of Docket - Trustee's objection withdrawn; E-mail to Attorney Re: Same - no hearing needed, should receive Order soon. | 2 | E | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Apr 28/2020<br>1605756<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review monthly mortgage statement from Lakeview; Letter to client. (no charge) | 2 | | 0.20 | 135.00 | 0.00 |
| 5<br>May 5/2020<br>1606774<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of memo from counsel; Set up Court Call for 5/6/20 Motion to Modify Plan hearing; Docketed Notice of Telephonic Court Appearance for counsel. (no charge) | 2 | | 0.30 | 135.00 | 0.00 |
| 1<br>May 5/2020<br>1607008<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of Court Call confirmation. | 2 | N | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 1<br>May 5/2020<br>1607055<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of file Re: 5/6/20 confirmation hearing; Review of Docket hearing not cancelled; Memo to Paralegal - sign up for Court Call; Memo to file. | 2 | P/E | **0.10**<br>0.20 | **135.00**<br>295.00 | **13.50**<br>59.00 |
| 1<br>May 6/2020<br>1607426<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Representation at hearing on Motion to Modify by Court Call; Memo to file. | 2 | | 0.30 | 295.00 | 88.50 |
| 5<br>May 8/2020<br>1607453 | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) ...<br>Re: 3rd Fee Application. | | | | | 0.00 |

| Lwyr<br>Date<br>Entry #<br> | Lawyer<br>Matter<br><br>Task | Client<br>Matter Description<br>Explanation | | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| May 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1607454 | | Review of Certificate of Service and Matrix from service | | | | 0.10 | 135.00 | 0.00 |
| No Hold | BW | company Re: 3rd Fee Application. (no charge) | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | **0.00** | | **0.00** |
| May 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **N** | | | |
| 1607455 | | E-filing of 4th Fee Application. | | | | 0.10 | 135.00 | 13.50 |
| No Hold | BW | | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | **0.10** | | **13.50** |
| May 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **E** | | | |
| 1607486 | | Review of Order granting Motion to Modify Plan; Drafted | | | | 0.20 | 135.00 | 27.00 |
| No Hold | BW | letter to clients. | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| May 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1607619 | | Review of calendar reminder; Revision of Fee Application to | | | | 0.10 | 295.00 | 29.50 |
| No Hold | BW | file without signature. | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| May 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1607623 | | Review of Court proceeding memo - Order to be entered | | | | 0.10 | 295.00 | 0.00 |
| No Hold | BW | granting Motion to Modify. (no charge) | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | **0.10** | | **13.50** |
| May 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **E** | | | |
| 1607728 | | Reviewed returned mail from Diversified Consultants; Drafted | | | | 0.30 | 135.00 | 40.50 |
| No Hold | BW | and filed change of address for Diversified Consultants; Re | | | | | | |
| | | Served Plan to updated address. | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| May 22/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1608202 | | Review letter from Loancare with Forbearance Plan Offer; | | | | 0.20 | 295.00 | 59.00 |
| No Hold | BW | review file; letter to clients. | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Jun 3/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1610206 | | Review of Order approving Fee Application; Memo to file.(NC) | | | | 0.10 | 295.00 | 0.00 |
| No Hold | BW | | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Jun 4/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1620329 | | Review of monthly mortgage statement; Letter to clients.(NC) | | | | 0.20 | 135.00 | 0.00 |
| No Hold | BW | | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | **0.00** | | **0.00** |
| Jun 8/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **N** | | | |
| 1610611 | | Review of Notice of Appearance for South Whitehall Township. | | | | 0.10 | 295.00 | 29.50 |
| No Hold | BW | | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Jul 1/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1612168 | | Review of June 2020 mortgage statement from Lakeview Loan | | | | 0.20 | 135.00 | 0.00 |
| No Hold | BW | Servicing; Drafted letter to clients. (no charge) | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Jul 29/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1615163 | | Review of July 2020 mortgage statement from Lakeview Loan | | | | 0.20 | 135.00 | 0.00 |
| No Hold | BW | Servicing; Drafted letter to clients. (no charge) | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Aug 4/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1616794 | | Review of annual escrow account disclosure statement from | | | | 0.20 | 135.00 | 27.00 |
| No Hold | BW | Lakewood Loan Servicing, LLC; Draft of letter to client Re: | | | | | | |
| | | Mortgage payment change. | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Sep 2/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1619101 | | Review of August 2020 mortgage statement from Lakeview Loan | | | | 0.20 | 135.00 | 0.00 |
| No Hold | BW | Servicing; Drafted letter to clients. (no charge) | | | | | | |
| 5 | PARALEGAL RATE | **THOMAS, JESSIE/TAHEESHA** | | | | **0.50** | | **67.50** |
| Sep 9/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **E** | | | |
| 1620339 | | Draft of Application for Approval of Interim Compensation & | | | | 0.70 | 135.00 | 94.50 |
| No Hold | BW | Expenses, Exhibit B (Fees & Costs), the Order, the Notice | | | | | | |
| | | and the Debtors' Consent. | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | **0.20** | | **59.00** |
| Sep 9/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **E** | | | |
| 1620340 | | Review and revision of Application for Approval of | | | | 0.30 | 295.00 | 88.50 |
| No Hold | BW | Compensation and Expenses. | | | | | | |
| 1 | GARY J. IMBLUM | **THOMAS, JESSIE/TAHEESHA** | | | | | | |
| Sep 9/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | | | | |
| 1620341 | | Calculation of whether fees will be paid by Trustee; Memo to | | | | 0.20 | 295.00 | 59.00 |
| No Hold | BW | file. | | | | | | |
| 5 | PARALEGAL | **THOMAS, JESSIE/TAHEESHA** | | | | **0.10** | | **13.50** |
| Sep 9/2020 | **7180119** | Chapter 13 Bankruptcy (H) - L - met | | 2 | **E** | | | |
| 1620342 | | Letter to clients Re: Application for Approval of | | | | 0.20 | 135.00 | 27.00 |
| No Hold | BW | | | | | | | |

| Lwyr | Lawyer | | | | | | |
|------|--------|---|---|---|---|---|---|
| Date | Matter | Client | | | | | |
| Entry # | | Matter Description | | Law Type | | | |
| | Task | Explanation | | | Hours | Rate | Total |

*** Summary by Task Code ***

| Task Code | Hours | Amount |
|-----------|-------|--------|
| | *** Billable *** | |
| BW    - Billable Work | 7.10 | 1131.50 |
| **Total Billable** | **7.10** | **1131.50** |
| **Total:** | **7.10** | **1131.50** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|----------------|-------|--------|---|
| 1    - GARY J. IMBLUM | 2.90 | 767.00 | |
| 5    - PARALEGAL RATE | 4.20 | 364.50 | Fees |
| **Total:** | **7.10** | **1131.50** | |

REPORT SELECTIONS - Time Listing
| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | Carol |
| Finished | Tuesday, April 26, 2022 at 12:00:00 PM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Date Range | Apr/14/2020 To Sep/ 9/2020 |
| Matters | 7180119 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Working Lawyer | All |
| Task | All |
| Summarize by Type of Law | No |
| Sorted by | Order Entered |
| Time/Fee | Both |
| Include Daily totals | No |
| Include Held Items only | No |
| Matter Security Enabled | No |
| Printed from | Register |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5<br>Sep 28/2020<br>No Hold | PARALEGAL RATE<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Uploading of Notice for 4th Fee Application to service<br>company with instructions for service.  (no charge) | 2 | 0.10 | 135.00 | 0.00 |
| 5<br>Sep 28/2020<br>No Hold | PARALEGAL RATE<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>E-filing of 4th Fee Application with Exhibits, Proposed<br>Order, Notice and Certificate of Service; Memo to calendar<br>Re: objection date. | 2   **N** | **0.00**<br>0.20 | 135.00 | **0.00**<br>27.00 |
| 5<br>Oct 6/2020<br>No Hold | PARALEGAL RATE<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of September 2020 Mortgage Statement from Lakeview<br>Loan Servicing; Drafted letter to client. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| 1<br>Oct 8/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of letter from Ally Re: Surrender of vehicle -<br>requesting vehicle location for repossession; Email to<br>clients - please complete and return form Re: Location of<br>vehicle. | 2 | 0.20 | 295.00 | 59.00 |
| 1<br>Oct 9/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of undeliverable Email; Resending of Email to Taheesha<br>Re: Ally repossession.  (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| 1<br>Oct 13/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from client - will complete Ally form so<br>Malibu may be repossessed. | 2   **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 1<br>Oct 14/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of e-mail from counsel for creditor Re: forbearance;<br>Review of file; E-mail to counsel - which creditor is their<br>client. | 2 | 0.20 | 295.00 | 59.00 |
| 1<br>Oct 16/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from counsel for Lakeview Re: Expiration of<br>forbearance; Review of file; Email to clients Re: Can they<br>resume payment - how can they pay back the missed payments;<br>Follow up memo to calendar. | 2 | 0.30 | 295.00 | 88.50 |
| 1<br>Oct 20/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from client Re: End of Lakeview forbearance -<br>working on this. | 2   **N** | **0.00**<br>0.10 | 295.00 | **0.00**<br>29.50 |
| 5<br>Oct 21/2020<br>No Hold | PARALEGAL RATE<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of statements from Revco Solutions collecting for<br>Lehigh Valley Hospital and Lehigh Valley Physician Group<br>(all post petition charges); E-mail to clients with copy of<br>same to contact Revco for payment arrangements - can not<br>include since post petition. | 2 | 0.20 | 135.00 | 27.00 |
| 1<br>Oct 21/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of letter from clients Re: Informing Ally of location<br>of Malibu; Review of 2nd letter from Ally Re: Genesis<br>cannot locate account; Review of 3rd letter from clients<br>from Revco - Lehigh Valley Hospital bills not included in<br>bankruptcy; Review of file - Lehigh Valley Physicians listed<br>- Genesis not listed; Draft of Amendment to Schedule F;<br>Letter to clients. | 2 | 0.40 | 295.00 | 118.00 |
| 5<br>Oct 22/2020<br>No Hold | PARALEGAL RATE<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of e-mail from client will set up payment arrangement<br>with Revco for post petition medical bills in collection. | 2 | 0.10 | 135.00 | 13.50 |
| 1<br>Oct 22/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of Email from Trustee Re: Money distributed to<br>AmeriCredit/GM were insurance proceeds; Review of file -<br>Trustee is correct; Email to Trustee.  (no charge) | 2 | 0.20 | 295.00 | 0.00 |
| 1<br>Oct 22/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of calendar reminder Re: How to cure forbearance with<br>Lakeview; Review of file; Email to client Re: Please provide<br>an update; Follow up memo to calendar. | 2   **E/P** | **0.10**<br>0.30 | **135.00**<br>295.00 | **13.50**<br>88.50 |
| 1<br>Oct 22/2020<br>No Hold | GARY J. IMBLUM<br>**7180119**<br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | 29.50 |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1 Oct 22/2020 1626657 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of most recent Schedule of Distribution; Review of Docket to make sure case has not been dismissed or converted; Review of file to determine if an Amended Plan was filed after the Plan that resulted in the Schedule of Distribution; Review of file to determine if revisions to the Plan are necessary; Review of file to determine if Debtor Education is completed; Review of Paralegal's notes Re: Schedule of Distribution; Review of Trustee's Case Report - comparison to Plan. | 2 E | **0.30** 0.60 | 295.00 | **88.50** 177.00 |
| 1 Oct 22/2020 1626658 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Email to Trustee Re: Improper distribution to AmeriCredit/GM; Follow up memo to calendar; Memo to file.  (no charge) | 2 | | 0.20 295.00 | 0.00 |
| 1 Oct 23/2020 1625379 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: One payment this weekend and one or 2 payments by 11/25/20; Review of file; Email to counsel requesting number of payments missed due to forbearance; Follow up memo to calendar. | 2 P/E | **0.10** 0.20 | **135.00** 295.00 | **13.50** 59.00 |
| 1 Oct 23/2020 1625539 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from Lakeview counsel Re: Total arrearage is 6 months. | 2 | | 0.10 295.00 | 29.50 |
| 1 Oct 23/2020 1625540 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: Requested Lakeview forbearance for another 6 months. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 1 Oct 23/2020 1625556 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from counsel for Lakeview Re: How will clients cure the forbearance. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 1 Oct 26/2020 1625541 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Email to Lakeview counsel Re: Clients requested an additional 6 month forbearance. | 2 P | 0.10 | **135.00** 295.00 | **13.50** 29.50 |
| 1 Oct 27/2020 1625652 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Order approving Fee Application; Memo to file. (N/C) | 2 | | 0.10 295.00 | 0.00 |
| 1 Oct 28/2020 1625807 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: Forbearance was approved by Lakeview; Email to client Re: How long does forbearance last. | 2 P/E | **0.10** 0.20 | **135.00** 295.00 | **13.50** 59.00 |
| 1 Oct 29/2020 1628877 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: Forbearance lasts additional 180 days. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 5 Oct 30/2020 1625893 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of October 2020 mortgage statement from Lakeview; Drafted letter to clients.  (no charge) | 2 | | 0.20 135.00 | 0.00 |
| 1 Nov 2/2020 1627544 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Lakeview's Notice of Temporary Forbearance. | 2 N | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 5 Nov 6/2020 1627814 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Telephone call from client - wants to surrender Escalade financed with One Main Financial; Memo to Attorney. | 2 | | 0.20 135.00 | 27.00 |
| 1 Nov 9/2020 1627807 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of memo from Paralegal Re: Clients want to surrender Escalade; Review of file; Review of Docket; Review of Trustee's Case Report; Draft of Amended Plan; Letter to clients; Letter to employer Re: Updated wage attachment; Follow up memo to calendar. | 2 E | **0.30** 0.60 | 295.00 | **88.50** 177.00 |
| 1 Nov 9/2020 1627809 | GARY J. IMBLUM 7180119 | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met pandemic but do not want | 2 P | **135.00** | | **13.50** 29.50 |

| Lwyr | Lawyer | | | | | |
|---|---|---|---|---|---|---|
| Date | Matter | Client | | | | |
| Entry # | | Matter Description | Law Type | | | |
| | Task | Explanation | | Hours | Rate | Total |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PARALEGAL RATE | | | | | |
| Nov 9/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1627815 | | Chapter 13 Bankruptcy (H) - L - met | | 0.20 | 135.00 | 27.00 |
| No Hold | BW | Telephone call with client Re: Amending Plan to 7 years if affected by COVID. Client wants to continue existing Plan term; Memo to Attorney. | | | | |
| 1 | GARY J. IMBLUM | | | **0.10** | | **29.50** |
| Nov 9/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1627841 | | Chapter 13 Bankruptcy (H) - L - met | E | | | |
| No Hold | BW | Email to Trustee Re: Do not make any further distributions to OneMain. | | 0.20 | 295.00 | 59.00 |
| 1 | GARY J. IMBLUM | | | **0.20** | | **59.00** |
| Nov 11/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1628038 | | Chapter 13 Bankruptcy (H) - L - met | E | | | |
| No Hold | BW | Review of letter from Lakeview with forbearance offer; Review of file; Email to clients with offer; Memo to file Re: How it affects proposed Amended Plan. | | 0.30 | 295.00 | 88.50 |
| 1 | GARY J. IMBLUM | | | **0.20** | | **59.00** |
| Nov 12/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1628257 | | Chapter 13 Bankruptcy (H) - L - met | E | | | |
| No Hold | BW | Review of Email from clients Re: They want to accept the forbearance with Lakeview; Review of file; Letter to clients Re: Terms of forbearance; Follow up memo to calendar; Review of file Re: Proposed Amended Plan; Memo to file - how it changes given the forbearance. | | 0.40 | 295.00 | 118.00 |
| 1 | GARY J. IMBLUM | | | **0.00** | | **0.00** |
| Nov 16/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1628353 | | Chapter 13 Bankruptcy (H) - L - met | N | | | |
| No Hold | BW | Review of Email from Trustee - will not make any further distributions to OneMain. | | 0.10 | 295.00 | 29.50 |
| 5 | PARALEGAL RATE | | | **0.30** | | **40.50** |
| Nov 24/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1628956 | | Chapter 13 Bankruptcy (H) - L - met | E | | | |
| No Hold | BW | Draft of Application for Approval of Interim Compensation & Expenses, Exhibit B (Fees & Costs), the Order, the Notice and the Debtors' Consent. | | 0.60 | 135.00 | 81.00 |
| 1 | GARY J. IMBLUM | | | | | |
| Nov 24/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1628957 | | Chapter 13 Bankruptcy (H) - L - met | | | | |
| No Hold | BW | Review and revision of Application for Approval of Compensation and Expenses. | | 0.20 | 295.00 | 59.00 |
| 5 | PARALEGAL | | | | | |
| Nov 24/2020 **7180119** | | **THOMAS, JESSIE/TAHEESHA** | 2 | | | |
| 1628958 | | Chapter 13 Bankruptcy (H) - L - met | | | | |
| No Hold | BW | Letter to clients Re: Application for Approval of Compensation and Expenses. | | 0.10 | 295.00 | 13.50 |

### *** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW - Billable Work | | 7.90 | 1763.50 |
| **Total Billable** | | **7.90** | **1763.50** |
| **Total:** | | **7.90** | **1763.50** |

### *** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|---|---|---|---|
| 1 - GARY J. IMBLUM | 5.80 | 1534.00 | |
| 5 - PARALEGAL RATE | 2.10 | 229.50 | Fees |
| **Total:** | **7.90** | **1763.50** | |

REPORT SELECTIONS - Time Listing

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | Carol |
| Finished | Monday, April 25, 2022 at 03:23:34 PM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Date Range | Sep/10/2020 To Nov/24/2020 |
| Matters | 7180119 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Working Lawyer | All |
| Task | All |
| Summarize by Type of Law | No |
| Sorted by | Order Entered |
| Time/Fee | Both |
| Include Daily totals | No |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5 Dec 7/2020 1630517 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of memo from Attorney Re: Status of Fee Application and Amended Plan; Resending of Fee Application and Amended Plan through HelloSign for signature. | 2 | | | 0.20 135.00 | 27.00 |
| 1 Dec 7/2020 1630547 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of calendar reminder; Review of file Re: Status of signing of Amended Plan; Memo to Paralegal - send to clients for Jessie's signature; Follow up memo to calendar. | 2 | **P/E** | **0.10** 0.20 | 295.00 | **13.50** 59.00 |
| 5 Dec 8/2020 1630462 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of November 2020 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | 2 | | | 0.20 135.00 | 0.00 |
| 1 Dec 15/2020 1648379 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of letter from Ally Re: Plan to sell Malibu; Review of Plan - nothing being paid to unsecured creditors - so sale of no consequence; Memo to file. | 2 | | | 0.20 295.00 | 59.00 |
| 5 Dec 22/2020 1631376 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of letter from Loancare regarding loss mitigation options; Drafted letter to clients. | 2 | | | 0.20 135.00 | 27.00 |
| 5 Jan 12/2021 1634143 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of December 2020 mortgage statement from Lakeview; Drafted letter to clients. (no charge) | 2 | | | 0.20 135.00 | 0.00 |
| 1 Jan 25/2021 1636197 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of calendar reminder; Memo to Paralegal - did Jessie sign 4th Amended Plan. | 2 | **N** | **0.00** 0.10 | 295.00 | **0.00** 29.50 |
| 1 Jan 25/2021 1636198 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of signed Amended Plan; Review of file - must Plan be revised - no; Memo to Paralegal with filing and service instructions. | 2 | **N** | **0.00** 0.20 | 295.00 | **0.00** 59.00 |
| 1 Jan 25/2021 1648381 No Hold | GARY J. IMBLUM 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of memo from Paralegal; Revision of Fee Application to file same without signature. | 2 | **P** | **135.00** 0.20 | 295.00 | **27.00** 59.00 |
| 5 Jan 26/2021 1636265 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Upload Notice, 4th Amended Plan & 5th Fee Application Notice to service company with service instructions.( no charge) | 2 | | | 0.10 135.00 | 0.00 |
| 5 Jan 26/2021 1636266 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Certificates of Service and Matrix from service company Re: 4th Amended Plan & 5th Fee Application. (N/C) | 2 | | | 0.10 135.00 | 0.00 |
| 5 Jan 26/2021 1636267 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met E-filing of Motion to Modify Plan with 4th Amended Plan, Notice, proposed Order and Certificate of Service. | 2 | **N** | **0.00** 0.10 | 135.00 | **0.00** 13.50 |
| 5 Jan 26/2021 1636268 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met E-filing of 5th Fee Application. | 2 | **N** | **0.00** 0.10 | 135.00 | **0.00** 13.50 |
| 5 Jan 26/2021 1636269 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Plan letter of instruction to clients Re: Terms of 4th Amended Plan. | 2 | **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| 5 Feb 2/2021 1637060 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of file to determine if Plan term can be extended; Review of Trustee's Case Report; Draft of letter to clients. | 2 | **E** | **0.00** 0.30 | 135.00 | **0.00** 40.50 |
| 5 Feb 5/2021 1637273 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of January 2021 mortgage statement and Form 1098 from Lakeview; Drafted letter to clients. | 2 | | | 0.20 135.00 | 27.00 |
| 5 Feb 11/2021 1648382 No Hold | PARALEGAL RATE 7180119 BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of undeliverable mail notice; Draft of and filing of change of address letter for Patient First c/o Receivables | 2 | **E/N** | **0.10** 0.30 | 135.00 | **13.50** 40.50 |

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **5** Feb 19/2021 **7180119** 1640083 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of file Re: extending Plan term; Review of docket to determine if Motion to Suspend Plan payments has been filed since most recent Plan was filed; Payments are current per Trustee's case report; Draft of e-mail to clients Re: Eligible to extend Plan term. | 2 **E** | **0.00** 0.20 | 135.00 | **0.00** 27.00 |
| **5** Feb 24/2021 **7180119** 1640120 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Order granting Motion to Modify Plan; Drafted letter to clients. | 2 **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| **1** Feb 24/2021 **7180119** 1689279 No Hold | GARY J. IMBLUM BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Order approving 5th Fee Application; Memo to file. (no charge) | 2 | 0.10 | 295.00 | 0.00 |
| **5** Feb 26/2021 **7180119** 1689280 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of voicemail from client Re: Extending Plan term and is she required to be wage attached - if so, needs to update information; Review of file for date of Plan confirmation and to determine if clients are required to be wage attached - they are; Telephone message to client to call back. | 2 **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| **1** Mar 1/2021 **7180119** 1640720 No Hold | GARY J. IMBLUM BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of memo from Paralegal Re: Reduced hours and change of jobs due to pandemic; Review of Docket; Review of Trustee's Case Report; Review of file; Draft of Amended Plan; Draft of Motion to Modify Plan; Call to client Re: Tiering Plan; Letter to client; Follow up memo to calendar. | 2 **E** | **0.40** 0.80 | 295.00 | **118.00** 236.00 |
| **1** Mar 1/2021 **7180119** 1640760 No Hold | GARY J. IMBLUM BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of letter from Genesis Re: They are unable to locate the account. | 2 **P** | **135.00** 0.10 | **13.50** 295.00 | 29.50 |
| **5** Mar 1/2021 **7180119** 1689281 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Telephone call with client Re: Wage attachment and extending Plan term; E-mail to client with employer information form to complete and return with pay-stub; Memo to Attorney Re: Client wants to extend Plan term. | 2 **E** | **0.20** 0.40 | 135.00 | **27.00** 54.00 |
| **1** Mar 2/2021 **7180119** 1648383 No Hold | GARY J. IMBLUM BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of Email from client Re: Taheeshas employer's contact information; Draft of wage attachment letter to employer. | 2 **P** | **135.00** 0.20 | **27.00** 295.00 | 59.00 |
| **5** Mar 2/2021 **7180119** 1689282 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of February 2021 mortgage statement from Lakeview; Drafted letter to clients. (no charge) | 2 | 0.20 | 135.00 | 0.00 |
| **5** Mar 10/2021 **7180119** 1642307 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of letter from Loancare regarding forbearance terms; Drafted letter to clients. | 2 **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| **1** Mar 11/2021 **7180119** 1642495 No Hold | GARY J. IMBLUM BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Call from Taheesha's new employer Re: Wage attachment Order; New employer will abide by the Order. | 2 **P** | **135.00** 0.20 | **27.00** 295.00 | 59.00 |
| **1** Mar 15/2021 **7180119** 1643005 No Hold | GARY J. IMBLUM BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of calendar reminder Re: Signing of Amended Plan; Review of file; Email to client - please sign Amended Plan; Follow up memo to calendar. | 2 **P/E** | **0.10 135.00** 0.20 | 295.00 | **13.50** 59.00 |
| **5** Mar 17/2021 **7180119** 1643766 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Review of file - Amended Plan to extend Plan term not yet returned; Telephone call to Taheesha to have Jessie sign electronically; Resent Amended Plan for signature. | 2 **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| **5** Mar 18/2021 **7180119** 1642850 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met E-filing of Motion to Modify Plan with 5th Amended Plan, Notice, proposed Order and Certificate of Service. | 2 **N** | **0.00** 0.10 | 135.00 | **0.00** 13.50 |
| **5** Mar 18/2021 **7180119** 1642851 No Hold | PARALEGAL RATE BW | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) - L - met Plan letter of instruction to clients Re: Terms of 5th Amended Plan. | 2 **E** | **0.10** 0.20 | 135.00 | **13.50** 27.00 |
| **1** Mar 18/2021 1643129 | GARY J. IMBLUM | THOMAS, JESSIE/TAHEESHA Chapter 13 Bankruptcy (H) | | | | |

| Lwyr Lawyer | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Matter | Client | | | | | | |
| Entry # | Matter Description | | | Law Type | **0.10** | | **29.50** |
| Task | Explanation | | | | Hours | Rate | Total |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| **No Hold** | BW | Review of signed Amended Plan; Review of file – must Plan be revised – no; Memo to Paralegal with filing and service instructions (special service to Cap One); Removal of reminder from calendar. | | **E** | 0.20 | 295.00 | 59.00 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Mar 18/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1689283 | | | | | | | |
| **No Hold** | BW | Upload Notice and 5th Amended Plan to service company with service instructions. (no charge) | | | 0.10 | 135.00 | 0.00 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Mar 18/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1689284 | | | | | | | |
| **No Hold** | BW | Review of Certificate of Service and Matrix from service company Re: 5th Amended Plan. (no charge) | | | 0.10 | 135.00 | 0.00 |
| 1 GARY J. IMBLUM | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Mar 22/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1689285 | | | | | | | |
| **No Hold** | BW | Review of Order reassigning case to Judge Van Eck. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Mar 30/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1689286 | | | | | | | |
| **No Hold** | BW | Review of March 2021 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | | | 0.20 | 135.00 | 0.00 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 1/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1648384 | | | | | | | |
| **No Hold** | BW | Review of voicemail from Taheesha Re: Past due bill owed to South Whitehall being collected by Portnoff Law Associates – will not provide information to her; Telephone call to client to obtain additional information; Obtained contact information for Portnoff; Detailed telephone message to Portnoff requesting statement be faxed to our office. | | | 0.30 | 135.00 | 40.50 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 5/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **0.20** | | **13.50** |
| 1648385 | | | | | | | |
| **No Hold** | BW | Review of voicemail from Jim with Portnoff Law; Telephone call to Jim requesting statement be e-mailed showing amount due; Review of statement received via e-mail; E-mail to client with copy of statement showing amount due post petition. | | **E** | 0.40 | 135.00 | 54.00 |
| 1 GARY J. IMBLUM | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 6/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **135.00** | | **13.50** |
| 1645566 | | | | | | | |
| **No Hold** | BW | Review of letter from Loancare with forbearance terms; Review of file – same as letter last month. | | **P** | 0.10 | 295.00 | 29.50 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 8/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1648386 | | | | | | | |
| **No Hold** | BW | Review of e-mail from Taheesha – needs a car – may want to retain the Cadillac; Review of file; E-mail to client to advise if they no longer want to surrender Cadillac or process if they are going to finance a vehicle. | | | 0.20 | 135.00 | 27.00 |
| 1 GARY J. IMBLUM | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 9/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **0.10** | **135.00** | **13.50** |
| 1645986 | | | | | | | |
| **No Hold** | BW | Review of fax from Trustee Re: Taheesha no longer employer at TriNet; Email to client Re: Please provide information as to your new employer and pay Trustee directly until wage attachment resumes with new employer; Follow up memo to calendar. | | **P/E** | 0.30 | 295.00 | 88.50 |
| 1 GARY J. IMBLUM | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 12/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **135.00** | | **13.50** |
| 1645990 | | | | | | | |
| **No Hold** | BW | Review of Email from client Re: Employer has not changed. | | **P** | 0.10 | 295.00 | 29.50 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 12/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | | | |
| 1646360 | | | | | | | |
| **No Hold** | BW | Review of e-mail from client Re: Whether to surrender Cadillac, retain Cadillac or finance another vehicle; Review of Plans; Responsive e-mail to client answering questions and advising client to review Attorney's e-mail Re: Wage attachment. | | | 0.20 | 135.00 | 27.00 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 13/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **0.10** | | **13.50** |
| 1645951 | | | | | | | |
| **No Hold** | BW | Review of Order granting Motion to Modify Plan; Drafted letter to clients. | | **E** | 0.20 | 135.00 | 27.00 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 14/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **0.10** | | **13.50** |
| 1646146 | | | | | | | |
| **No Hold** | BW | Review of e-mail from client – will apply to finance another vehicle and advise when no position letter is needed; Review of e-mail from client requesting contact information for OneMain to surrender Cadillac; Review of file; Responsive e-mail to client with telephone number for OneMain Financial. | | **E** | 0.30 | 135.00 | 40.50 |
| 5 PARALEGAL RATE | | THOMAS, JESSIE/TAHEESHA | | | | | |
| Apr 23/2021 7180119 | | Chapter 13 Bankruptcy (H) – L – met | | 2 | **0.10** | | **13.50** |
| 1647450 | | | | | | | |

| Lwyr<br>Date<br>Entry # | Lawyer<br>Matter<br>Task | Client<br>Matter Description<br>Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 5<br>Apr 27/2021  **7180119**<br>1648117<br>No Hold | PARALEGAL RATE<br><br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Draft of letter to employer to change name and address of<br>Trustee for wage attachment; Copy mailed to clients. | 2 | **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |
| 5<br>Apr 29/2021  **7180119**<br>1648399<br>No Hold | PARALEGAL RATE<br><br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Draft of Application for Approval of Interim Compensation &<br>Expenses, Exhibit B (Fees & Costs), the Order, the Notice<br>and the Debtors' Consent. | 2 | **E** | **0.40**<br>0.60 | 135.00 | **54.00**<br>81.00 |
| 1<br>Apr 29/2021  **7180119**<br>1648400<br>No Hold | GARY J. IMBLUM<br><br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review and revision of Application for Approval of<br>Compensation and Expenses. | 2 | **E** | **0.20**<br>0.30 | 295.00 | **59.00**<br>88.50 |
| 1<br>Apr 29/2021  **7180119**<br>1648401<br>No Hold | GARY J. IMBLUM<br><br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Calculation of whether all fees will be paid by the Trustee;<br>Memo to file. | 2 | | <br>0.20 | 295.00 | <br>59.00 |
| 5<br>Apr 29/2021  **7180119**<br>1689287<br>No Hold | PARALEGAL RATE<br><br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Review of April 2021 mortgage statement from Lakeview Loan<br>Servicing; Drafted letter to clients.  (no charge) | 2 | | <br>0.20 | 135.00 | <br>0.00 |
| 5<br>Apr 29/2021  **7180119**<br>1689288<br>No Hold | PARALEGAL RATE<br><br><br>BW | **THOMAS, JESSIE/TAHEESHA**<br>Chapter 13 Bankruptcy (H) - L  -  met<br>Letter to clients Re: Application for Approval of<br>Compensation and Expenses. | 2 | **E** | **0.10**<br>0.20 | 135.00 | **13.50**<br>27.00 |

*** Summary by Task Code ***

| Task Code | | Hours | Amount |
|---|---|---|---|
| | *** Billable *** | | |
| BW    - Billable Work | | 11.30 | 1885.50 |
| **Total Billable** | | **11.30** | **1885.50** |
| **Total:** | | **11.30** | **1885.50** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|---|---|---|---|
| 1   - GARY J. IMBLUM | 3.80 | 1062.00 | |
| 5   - PARALEGAL RATE | 7.50 | 823.50 | Fees |
| **Total:** | **11.30** | **1885.50** | |

REPORT SELECTIONS - Time Listing
Layout Template                    Default
Advanced Search Filter             None
Requested by                       Carol
Finished                           Monday, April 25, 2022 at 12:33:30 PM
Ver                                13.0 SP2 (13.0.20140210)
Date Range                         Nov/25/2020 To Apr/29/2021
Matters                            7180119
Clients                            All
Major Clients                      All
Client Intro Lawyer                All
Matter Intro Lawyer                All
Responsible Lawyer                 All
Type of Law                        All
Select From                        Active, Inactive, Archived Matters
Working Lawyer                     All
Task                               All
Summarize by Type of Law           No
Sorted by                          Order Entered
Time/Fee                           Both
Include Daily totals               No
Include Held Items only            No
Matter Security Enabled            No
Printed from                       Register

| Lwyr | Lawyer | | | | | | |
|------|--------|---|---|---|---|---|---|
| Date | Matter | Client | | Law Type | Hours | Rate | Total |
| Entry # | Task | Matter Description Explanation | | | | | |

**1**   GARY J. IMBLUM   **7180119**
May 3/2021   1669681
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of Notice assigning Trustee Jack Zaharopoulos to case.
(no charge)
   2                   0.10     295.00     0.00

**1**   GARY J. IMBLUM   **7180119**
May 12/2021   1650857
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of Email from counsel for Lakeview Re: How will
clients pay back forbearance; Email to clients Re: How do
they want to cure; Follow up memo to calendar.
  2   **E**   **0.20**            **59.00**
               0.30     295.00     88.50

**1**   GARY J. IMBLUM   **7180119**
May 12/2021   1650858
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of Email from client Re: Forbearance already extended
through August; Follow up memo to calendar.
  2   **P/E**   **0.10**   **135.00**   **13.50**
               0.20     295.00     59.00

**1**   GARY J. IMBLUM   **7180119**
May 18/2021   1651570
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of Email from counsel for Lakeview Re: How will
clients cure forbearance; Review of file; Email to counsel
Re: Forbearance has been extended through August.
  2   **P/E**   **0.10**   **135.00**   **13.50**
               0.20     295.00     59.00

**1**   GARY J. IMBLUM   **7180119**
May 19/2021   1651627
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of file Notice of Debtors' Request for Mortgage
Forbearance for Lakeview.
  2   **P**              **135.00**   **13.50**
               0.10     295.00     29.50

**1**   GARY J. IMBLUM   **7180119**
May 24/2021   1652057
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of letter from Ally Re: Deficiency from sale of
vehicle - deficiency = $8,215.61.
   2                   0.10     295.00     29.50

**5**   PARALEGAL RATE   **7180119**
Jun 2/2021   1689258
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of May 2021 mortgage statement from Lakeview Loan
Servicing; Drafted letter to clients. (no charge)
   2                   0.20     135.00     0.00

**5**   PARALEGAL RATE   **7180119**
Jun 11/2021   1654270
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
E-filing of 6th Fee Application.
  2   **N**   **0.00**            **0.00**
               0.10     135.00     13.50

**1**   GARY J. IMBLUM   **7180119**
Jun 11/2021   1654353
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of calendar reminder Re: Fee Application; Revision of
Fee Application to file without clients' signatures.
   2                   0.20     295.00     59.00

**5**   PARALEGAL RATE   **7180119**
Jun 11/2021   1689259
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Upload Notice to service company with service instructions
Re: 6th Fee Application. (no charge)
   2                   0.10     135.00     0.00

**5**   PARALEGAL RATE   **7180119**
Jun 11/2021   1689260
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of Certificate of Service and Matrix from service
company Re: 6th Fee Application. (no charge)
   2                   0.10     135.00     0.00

**5**   PARALEGAL RATE   **7180119**
Jun 29/2021   1655947
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of letter from Loancare regarding loss mitigation
options; Drafted letter to clients.
  2   **E**   **0.10**            **13.50**
               0.20     135.00     27.00

**5**   PARALEGAL RATE   **7180119**
Jul 2/2021   1656270
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of e-mail from client Re: Vehicles and wanting to
retain Cadillac financed with One Main Financial; Telephone
call to client to confirm they are retaining the 2013
Mercedes and surrendering the 2012 Mercedes; Memo to
Attorney Re: Same.
   2                   0.30     135.00     40.50

**5**   PARALEGAL RATE   **7180119**
Jul 2/2021   1689261
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of June 2021 mortgage statement from Lakeview; Drafted
letter to clients. (no charge)
   2                   0.20     135.00     0.00

**1**   GARY J. IMBLUM   **7180119**
Jul 7/2021   1657428
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of letter from Revco; Review of file - these are
post-petition debts; Email to client - please contact Revco
and make payment arrangements.
   2                   0.20     295.00     59.00

**1**   GARY J. IMBLUM   **7180119**
Jul 7/2021   1669696
No Hold   BW
**THOMAS, JESSIE/TAHEESHA**
Chapter 13 Bankruptcy (H) - L   -   met
Review of memo from Paralegal Re: Clients want to retain
Cadillac; Review of prior Plans; Review of file; Review of
Trustee's Case Report; Review of Docket; Draft of Amended
Plan; Draft of Motion to Modify Plan; Letter to employer Re:
Wage attachment; Letter to clients Re: Amended Plan; Follow
  2   **E**   **0.40**            **118.00**
               0.80     295.00     236.00

**1**   GARY J. IMBLUM   **7180119**
Jul 8/2021                 **THOMAS, JESSIE/TAHEESHA**

| Lwyr Date Entry # | Lawyer Matter Task | Client Matter Description Explanation | Law | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| 1657447 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **P** | | **135.00** | **13.50** |
| No Hold | BW | Review of Email from client Re: Will set up a payment arrangement with Revco. | | | 0.10 | 295.00 | 29.50 |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| Jul 12/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1689262 | | | | | | | |
| No Hold | BW | Review of Order approving 6th Fee Application; Memo to file. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 13/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1657584 | | | | | | | |
| No Hold | BW | Review of voicemail from Cindy with Aion Management - Taheesha no longer works there; Review of file (we have current employer information); Telephone message to Cindy to disregard letter; Draft of letter to Stonelock properties Re: Wage Attachment amount change. (No charge) | | | 0.40 | 135.00 | 0.00 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 13/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1657586 | | | | | | | |
| No Hold | BW | Review of voicemail from Taheesha Re: Plan balance, balance owed on Mercedes S550 and when Plan will be paid off; Review of most recent Plan mailed for signature and prior Plan; Telephone call to client - discussed balance of attorney's fees, amount owed on Mercedes S550 is full amount being paid in Plan. Client wants Plan paid off as soon as possible. Wants calculation/payment if they surrender Mercedes S550 and Cadillac Escallade; Memo to Attorney. | | | 0.40 | 135.00 | 54.00 |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | **135.00** | **13.50** |
| Jul 13/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **P** | | | |
| 1657702 | | | | | | | |
| No Hold | BW | Review of letter from Genesis Re: Cannot locate account. | | | 0.10 | 295.00 | 29.50 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 14/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | **0.10** | | **13.50** |
| 1657641 | | | | | | | |
| No Hold | BW | Review of Notice of Mortgage Payment Change from Lakeview Loan Servicing; Checked Plan for conduit payments; Drafted letter to clients. | | | 0.30 | 135.00 | 40.50 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 14/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1657675 | | | | | | | |
| No Hold | BW | Telephone call with Taheesha with Plan payment options if both vehicles are surrendered; Clients are going to look for another vehicle to purchase and will call back next week with status and decision. | | | 0.20 | 135.00 | 27.00 |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| Jul 14/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1657772 | | | | | | | |
| No Hold | BW | Review of memo from Paralegal; Recalculation of Plan if surrender both vehicles; Memo to Paralegal. | | | 0.30 | 295.00 | 88.50 |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | **0.00** | | **0.00** |
| Jul 14/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **N** | | | |
| 1657780 | | | | | | | |
| No Hold | BW | Review of memo from Paralegal Re: Will let us know if surrender or keep vehicles. | | | 0.10 | 295.00 | 29.50 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 21/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | **0.10** | | **13.50** |
| 1658526 | | | | | | | |
| No Hold | BW | Review of calendar reminder Re: Amended Plan not returned; Telephone message for Taheesha to find out what they decided to do about surrendering vehicles. | | | 0.20 | 135.00 | 27.00 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 28/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | **0.10** | | **13.50** |
| 1659095 | | | | | | | |
| No Hold | BW | Review of calendar reminder Re: Plan payment increases in September 2021; Draft of letter to client Re: Same; Draft of letter to employer to adjust wage attachment withholding. | | | 0.40 | 135.00 | 54.00 |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | **0.10** | **135.00** | **13.50** |
| Jul 28/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **P/E** | | | |
| 1659207 | | | | | | | |
| No Hold | BW | Review of Lakeview Re: Annual escrow statement; Email of same to clients. | | | 0.20 | 295.00 | 59.00 |
| 5 PARALEGAL RATE | | | | | | | |
| Jul 29/2021 | 7180119 | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1689263 | | | | | | | |
| No Hold | BW | Review of July 2021 mortgage statement from Lakeview Loan Servicing; Drafted letter to clients. (no charge) | | | 0.20 | 135.00 | |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| Aug 2/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | | | | |
| 1689264 | | | | | | | |
| No Hold | BW | Review of Order reassigning case to Judge Conway. (no charge) | | | 0.10 | 295.00 | 0.00 |
| 1 GARY J. IMBLUM | 7180119 | THOMAS, JESSIE/TAHEESHA | | | **0.20** | | **59.00** |
| Aug 19/2021 | | Chapter 13 Bankruptcy (H) - L  -  met | 2 | **E** | | | |
| 1661495 | | | | | | | |
| No Hold | BW | Review of calendar reminder - Lakeview forbearance runs through August; Review of file; E-mail to clients - how do they propose to cure arrears; Follow up memo to calendar. | | | 0.30 | 295.00 | 88.50 |
| 5 PARALEGAL RATE | | | | | | | |
| Aug 23/2021 | 7180119 | THOMAS, JESSIE/TAHEESHA | | | | | |
| 1661555 | | Chapter 13 Bankruptcy (H) - L  -  met | | | | | |
| | BW | clients decide about veh... | | | | | 27.00 |

| Lwyr / Date / Entry # | Lawyer Matter / Task | Client / Matter Description / Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | they want to retain the Cadillac and the Mercedes S550; Memo to Attorney. | | | | |
| 1<br>Aug 23/2021<br>1661637<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of calendar reminder; Memo to Paralegal - contact clients - what are they doing with vehicles - then we need to revise Plan; Follow up memo to calendar. | 2<br><br>P/E | **0.10**<br>0.20 | **135.00**<br>295.00 | **13.50**<br>59.00 |
| 5<br>Aug 24/2021<br>1661656<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>E-mail to clients with amended Plan to sign through HelloSign. | 2 | 0.10 | 135.00 | 13.50 |
| 5<br>Aug 24/2021<br>1661692<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review of memo from Attorney Re: Fee Application; Entered time; Drafted Fee Application. | 2<br><br>E | **0.40**<br>0.70 | **135.00** | **54.00**<br>94.50 |
| 1<br>Aug 24/2021<br>1661707<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Review and revision of Fee Application. | 2<br><br>E | **0.20**<br>0.30 | **59.00**<br>295.00 | **59.00**<br>88.50 |
| 1<br>Aug 24/2021<br>1661708<br>No Hold | GARY J. IMBLUM<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Calculation of whether fees will be paid by Trustee; Memo to file. | 2<br><br>E | **0.10**<br>0.20 | **29.50**<br>295.00 | **29.50**<br>59.00 |
| 5<br>Aug 24/2021<br>1689265<br>No Hold | PARALEGAL RATE<br>7180119<br><br>BW | THOMAS, JESSIE/TAHEESHA<br>Chapter 13 Bankruptcy (H) - L - met<br>Draft of letter to clients to sign Fee Application. | 2<br><br>E | **0.10**<br>0.20 | **13.50**<br>135.00 | **13.50**<br>27.00 |

*** Summary by Task Code ***

| Task Code | Hours | Amount |
|---|---|---|
| *** Billable *** | | |
| BW - Billable Work | 8.70 | 1596.00 |
| **Total Billable** | **8.70** | **1596.00** |
| | | |
| **Total:** | **8.70** | **1596.00** |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount | |
|---|---|---|---|
| 1 - GARY J. IMBLUM | 4.20 | 1150.50 | Fees |
| 5 - PARALEGAL RATE | 4.50 | 445.50 | |
| **Total:** | **8.70** | **1596.00** | |

REPORT SELECTIONS - Time Listing

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | Carol |
| Finished | Monday, April 25, 2022 at 11:33:57 AM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Date Range | Apr/30/2021 To Aug/24/2021 |
| Matters | 7180119 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Working Lawyer | All |
| Task | All |
| Summarize by Type of Law | No |
| Sorted by | Order Entered |
| Time/Fee | Both |
| Include Daily totals | No |
| Include Held Items only | No |
| Matter Security Enabled | No |
| Printed from | Register |